Lesley E. Weaver, SBN 191305
Anne K. Davis, SBN 267909
Gregory S. Mullens*
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Email: lweaver@bfalaw.com
adavis@bfalaw.com
gmullens@bfalaw.com

Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
Lynn A. Toops*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Email: nlyons@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

J. Gerard Stranch, IV*
Emily E. Schiller*
**STRANCH JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Email: gstranch@stranchlaw.com
eschiller@stranchlaw.com

Samuel J. Strauss*
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Email: sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

VISHAL SHAH, GARY INGRAHAM, DEIA WILLIAMS, and DEVINE ROSE, Individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING,

Defendant.

Case No. 3:24-cv-05985-TLT

**PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT CAPITAL ONE FINANCIAL CORPORATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Date: January 21, 2025
Time: 2:00 p.m.

Judge: Hon. Trina L. Thompson

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs Vishal Shah, Gary Ingraham, Deia Williams, and Devine Rose (collectively, "Plaintiffs"), submit this Statement of Recent Decision in connection with Defendant's currently pending motion to dismiss (ECF No. 24).

Attached as **Exhibit A** is a copy of Judge Breyer's recent decision in *Torres, et al. v. Prudential Financial, Inc., et al.*, No. 3:22-cv-07465-CRB, 2024 WL 4894289 (N.D. Cal. Nov. 26, 2024), certifying a Fed. R. Civ. P. 23(b)(3) damages class for violation of the California Invasion of Privacy Act.

Dated: December 2, 2024

Respectfully submitted,

*/s/ Lesley E. Weaver*

Lesley E. Weaver, SBN 191305
Anne K. Davis, SBN 267909
Gregory S. Mullens*
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
(415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
gmullens@bfalaw.com

Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
Lynn A. Toops*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
nlyons@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

J. Gerard Stranch, IV*
Emily E. Schiller*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com
eschiller@stranchlaw.com

Samuel J. Strauss*

Raina C. Borrelli*
**STRAUSS BORRELLI, PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*To move for *pro hac vice* admission

*Counsel for Plaintiffs and the Proposed Classes*