UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>　　　　Defendant. | Case No. 24-cv-05985-TLT<br><br>**QUESTIONS FOR HEARING**<br><br>Re: Dkt. No. 24 |

**FOR PLAINTIFF:**

1. Plaintiffs' Complaint states that "[n]owhere in the policies does Capital One disclose its use of Customer Personal and Financial Information for Third Party and fourth party marketing." *Id.* ¶ 94.

    a. Plaintiffs attached a copy of Defendant's privacy policy to Plaintiffs' exhibits. ECF 1, Ex. B. This privacy policy contains a statement on targeted advertising. This statement says, "We and our third-party providers may collect information about your activities on our Online Services and across different websites, mobile apps, and devices over time for targeted advertising purposes." ECF 1, Ex. B, at 7.

    b. Please explain whether this statement is an example of a disclosure that Defendant uses personal customer information for third- and fourth-party marketing.

        i. Please explain whether this statement conflicts with Plaintiffs' allegations that Defendant misrepresented that it would preserve the security and privacy of Plaintiffs' personal and financial information.

2. The Complaint states that third party trackers intercepted or transmitted Plaintiffs' personal and financial information. Compl. ¶ 272.  Please explain how

3. Under the UCL, a plaintiff must establish that they (1) suffered an injury in fact and (2) lost money or property as a result of unfair competition. *Birdsong v. Apple*, 590 F.3d 955, 959 (9th Cir. 2009).

   a. Please cite authority for how the disclosure of Plaintiffs' personal and financial information involves a property interest for purposes of establishing standing under the UCL. *See* Compl. ¶ 273.

**FOR DEFENDANTS:**

1. The Motion to Dismiss states that Defendant's opt-out policies to targeting advertising follow state law but does not cite any authority.

   a. Please explain which state law applies here, citing the proper legal citation, and why the opt-out policies comply with the law.

2. The Motion to Dismiss states that Defendant does not share information with fourth parties. Yet, Defendant's privacy policy states that third-party plugins may "collect information, such as information about the pages you visit, and share it with the company that created the plugin…"

   a. Please explain how this policy relates to whether Capital One shares information with fourth parties.

3. The Motion to Dismiss states that failing to provide customers with opt out opportunities is not privately actionable under the CCPA.  Please further explain this point and cite the relevant authority.

    The parties may provide the Court with written responses to the questions no later than **January 21, 2025.** Responses shall not exceed 3 pages.

**IT IS SO ORDERED**.

Dated: January 17, 2025

_____
TRINA L. THOMPSON
United States District Judge