1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   Aravind Swaminathan (*pro hac vice*)
2  aswaminathan@orrick.com
   Jassiem Moore (*pro hac vice*)
3  jassiem.moore@orrick.com
   401 Union Street, Suite 3300
4  Seattle, WA 98101
   Telephone: (206) 639-9157
5
   Rebecca Harlow (SBN 281931)
6  rharlow@orrick.com
   405 Howard Street
7  San Francisco, CA 94105-2669
   Telephone: (415) 773-5759
8
   *Attorneys for Defendant*
9  CAPITAL ONE FINANCIAL CORPORATION

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  VISHAL SHAH, GARY INGRAHAM, DEIA          Case No. 3:24-cv-05985
    WILLIAMS, and DEVIN ROSE, individually,
14  and on behalf of all others similarly situated,   **DEFENDANT CAPITAL ONE**
                                                       **FINANCIAL CORPORATION'S**
15                Plaintiffs,                          **ANSWER TO CLASS ACTION**
                                                       **COMPLAINT**
16        v.

17  CAPITAL ONE FINANCIAL                     Judge: Hon. Trina L. Thompson
    CORPORATION, d/b/a CAPITAL ONE, d/b/a/
18  CAPITAL ONE, NATIONAL
    ASSOCIATION, d/b/a CAPITAL ONE, N.A.,
19  d/b/a CAPITAL ONE SHOPPING,

20                Defendant.

21

22

23

24

25

26

Defendant Capital One Financial Corporation by and through its counsel of record, hereby answers the Class Action Complaint of Plaintiffs Vishal Shah, Gary Ingraham, Deia Williams, and Devin Rose ("Plaintiffs") in the above-entitled action as follows:

**CLASS ACTION COMPLAINT**

Capital One admits that Plaintiffs purport to bring a class action against Capital One, but denies that this action may be properly maintained as a class action. Capital One denies any remaining allegations in the preamble to the Class Action Complaint.

**<u>INTRODUCTION</u>**

1.      Capital One admits that Plaintiffs purport to bring a class action against Capital One, but denies that this action may be properly maintained as a class action. Capital One denies any remaining allegations in Paragraph 1.

2.      Capital One admits that it is a diversified financial services holding company with banking and non-banking subsidiaries. Capital One admits that it and its subsidiaries offer a broad array of financial products and services to customers in the United States. Capital One admits that it operates and maintains the www.CapitalOne.com website. Capital One admits that customers can access account information and financial services and products on that website. Capital One denies any remaining allegations in Paragraph 2.

3.      Capital One denies the allegations in Paragraph 3.

4.      Capital One denies the allegations in Paragraph 4.

5.      Capital One denies the allegations in Paragraph 5.

6.      Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 6, and on that basis denies them.

7.      Capital One denies the allegations in Paragraph 7.

8.      The allegations in Paragraph 8 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

9.      The allegations in Paragraph 9 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

10.    The allegations in Paragraph 10 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

11.    The allegations in Paragraph 11 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

12.    The allegations in Paragraph 12 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

13.    The allegations in Paragraph 13 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

14.    The allegations in Paragraph 14 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

15.    Capital One admits that Plaintiffs purport to bring seventeen causes of action against Capital One, but denies that any causes of action are valid. In addition, the Court has dismissed Counts II-V, VII-VIII, X, XII, and XVI-XVII, so no response to those allegations is necessary. Capital One denies any remaining allegations.

16.    Capital One admits that Plaintiff purports to bring a class action against Capital One, but denies that this action may be properly maintained as a class action. Capital One denies any remaining allegations in Paragraph 16.

**<u>PARTIES</u>**

17.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 17, and on that basis denies them.

18.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 18, and on that basis denies them.

19.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 19, and on that basis denies them.

20.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 20, and on that basis denies them.

21.    Capital One admits that it is a Delaware corporation with its principal place of business

at 1680 Capital One Drive, McLean, Virginia, 22101. Capital One denies any remaining allegations in Paragraph 21.

22.    Capital One admits the allegations in Paragraph 22.

23.    The allegations in Paragraph 23 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 23.

24.    Capital One admits that it has a corporate office in San Francisco, California. Capital One admits that it has at least twelve Capital One Cafés in California.

## JURISDICTION AND VENUE

25.    The allegations in Paragraph 25 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 25.

26.    The allegations in Paragraph 26 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 26.

27.    The allegations in Paragraph 27 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 27.

28.    The allegations in Paragraph 28 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 28.

**COMMON FACTUAL ALLEGATIONS**

**A.      Capital One: A Financial Powerhouse That Collects Personal and Financial Information Under the Guise of Protecting it[1]**

29.      Paragraph 29 purports to quote portions of Capital One's Annual Report for the 2023 Fiscal Year and Capital One's U.S. Consumer Privacy Notice, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 29.

30.      Paragraph 30 purports to quote portions of Capital One's U.S. Consumer Privacy Notice, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 30.

31.      Paragraph 31 purports to quote portions of Capital One's U.S. Consumer Privacy Notice, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 31.

32.      Capital One admits the allegations in Paragraph 32.

33.      Paragraph 33 purports to quote portions of Capital One's Annual Report for the 2023 Fiscal Year, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 33.

34.      Paragraph 34 purports to quote portions of Capital One's Annual Report for the 2023 Fiscal Year, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 34.

35.      Capital One admits that its website currently offers 32 credit cards, including the Venture and Venture X cards. Capital One admits that the annual charge for a Venture X Rewards Credit Card is $395.

36.      Paragraph 36 purports to quote or paraphrase portions of Capital One's website, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 36.

---

[1] Here and throughout its Answer, Capital One denies any allegations contained within the headings of Plaintiffs' Complaint—as well as text below the headings unconnected to any numbered paragraph in the Complaint—unless expressly admitted.

37.     Paragraph 37 purports to quote portions of Capital One's Annual Report for the 2023 Fiscal Year, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 37.

38.     Capital One denies the allegations in Paragraph 38.

39.     Capital One denies the allegations in Paragraph 39.

40.     Capital One denies the allegations in Paragraph 40.

**B.      Third Parties and Trackers: Collectors and Profiteers of Personal and Financial Information**

41.     Capital One denies the allegations in Paragraph 41.

42.     Capital One denies the allegations in Paragraph 42.

43.     Capital One denies the allegations in Paragraph 43.

44.     Capital One denies the allegations in Paragraph 44.

45.     Capital One denies the allegations in Paragraph 45.

46.     Capital One denies the allegations in Paragraph 46.

47.     Capital One denies the allegations in Paragraph 47.

48.     Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 48, and on that basis denies them.

49.     Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 49, and on that basis denies them.

50.     Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 50, and on that basis denies them.

51.     Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 51, and on that basis denies them.

52.     Capital One admits that it may use technologies for various purposes as outlined in its privacy policies. Capital One lacks knowledge or information sufficient to form a belief as to the allegations in the last sentence of Paragraph 52, and on that basis denies them. Capital One denies any remaining allegations in Paragraph 52.

53.     Paragraph 53 purports to quote portions of the Microsoft.com website, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 53.

54.     Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 54, and on that basis denies them.

55.     Capital One denies the allegations in the first sentence of Paragraph 55. Capital One lacks knowledge or information sufficient to form a belief as to the allegations in the second sentence of Paragraph 55, and on that basis denies them.

56.     Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 56, and on that basis denies them.

57.     Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 57, and on that basis denies them.

58.     Paragraph 58 purports quote portions of the BioCatch.com website, which speak for themselves. To the extent a response is otherwise required, Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 58, and on that basis denies them.

59.     Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 59, and on that basis denies them.

**C.      Capital One Used Trackers to Unauthorizedly Disclose Personal and Financial Information**

60.     Capital One denies the allegations in Paragraph 60.

61.     Capital One admits that it has used online tracking technologies, such as pixel tags and cookies, on its website since at least November 30, 2023. Capital One denies any remaining allegations in Paragraph 61.

62.     Capital One denies the allegations in Paragraph 62.

63.     Capital One denies the allegations in Paragraph 63.

64.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 64, and on that basis denies them.

65.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 65, and on that basis denies them.

66.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 66, and on that basis denies them.

67.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 67, and on that basis denies them.

68.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 68, and on that basis denies them.

69.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 69, and on that basis denies them.

70.    Capital One denies the allegations in Paragraph 70.

71.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 71, and on that basis denies them.

72.    Capital One denies the allegations in Paragraph 72.

73.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 73, and on that basis denies them.

74.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 74, and on that basis denies them.

75.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 75, and on that basis denies them.

76.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 76, and on that basis denies them.

**D.      Capital One Maintains Ambiguous, Disingenuous, and Deceptive Privacy Policies That Fail to Sufficiently Disclose, Notify, Or Provide Opportunity to Opt-Out of the Disclosure**

77.      Capital One denies the allegations in Paragraph 77.

78.      Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 78, and on that basis denies them.

79.      Capital One denies the allegations in Paragraph 79.

80.      Capital One admits the allegations in Paragraph 80; Customers have notice of, acknowledge, and agree to Capital One's practices and activities as described in "Our Privacy Protections," "Online Privacy Policy," "U.S. Customer Privacy Notice," "Manage Your Data," "California Consumer Privacy Act Disclosure," and "Social Security Number Protections[.]".

81.      The first two sentences of Paragraph 81 purport to quote portions of Exhibit A, which speak for themselves. Capital One denies any remaining allegations in Paragraph 81.

82.      The first sentence of Paragraph 82 purports to quote a portion of Exhibit A, which speaks for itself. Capital One denies any remaining allegations in Paragraph 82.

83.      Paragraph 83 purports to quote portions of Exhibit A, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 83.

84.      Paragraph 84 purports to quote portions of Exhibit C, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 84.

85.      Capital One denies the allegations in Paragraph 85.

86.      Paragraph 86 purports to quote portions of Exhibit C, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 86.

87.      Capital One denies the allegations in the fifth and last sentences of Paragraph 87. The remaining allegations in Paragraph 87 purport to quote portions of Exhibit C, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 87.

88.      Capital One denies the allegations in Paragraph 88.

8

89.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 89, and on that basis denies them.

90.    Capital One denies the allegations in Paragraph 90.

91.    Capital One denies the allegations in Paragraph 91.

92.    Capital One admits the allegations in Paragraph 92.

93.    Paragraph 93 purports to quote portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 93.

94.    Capital One denies the allegations in Paragraph 94.

95.    Capital One admits that Exhibit B lists a variety of contexts in which Capital One may share certain information that it collects, and speaks for itself. Capital One denies any remaining allegations in Paragraph 95.

96.    Paragraph 96 purports to quote portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 96.

97.    Capital One denies the allegations in Paragraph 97.

98.    Capital One denies the allegations in Paragraph 98.

99.    Paragraph 99 purports to quote or paraphrase portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 99.

100.    Paragraph 100 purports to quote or paraphrase portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 100.

101.    Paragraph 101 purports to quote portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 101.

102.    Paragraph 102 purports to characterize portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 102.

103.    Paragraph 103 purports to quote or paraphrase portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 103.

104.    Capital One denies the allegations in Paragraph 104.

105.    Capital One denies the allegations in Paragraph 105.

106.    Paragraph 106 purports to quote or paraphrase portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 106.

107.    Capital One denies the allegations in Paragraph 107.

108.    Capital One denies the allegations in Paragraph 108.

109.    Paragraph 106 purports to quote portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 109.

110.    Paragraph 110 purports to quote or paraphrase portions of Exhibit B, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 110.

111.    Paragraph 110 purports to quote or paraphrase portions of Exhibit B, which speak for themselves.  To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 111.

112.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 112, and on that basis denies them.

113.    Capital One denies the allegations in Paragraph 113.

114.    Capital One denies the allegations in Paragraph 114.

115.    Paragraph 115 purports to quote portions of Exhibit C, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 115.

116.    Paragraph 116 purports to quote or paraphrase portions of Exhibit C, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 116.

117.    Capital One denies the allegations in Paragraph 117.

118.    Capital One denies the allegations in Paragraph 118.

119.    Capital One denies the allegations in Paragraph 119.

120.    The first sentence of Paragraph 120 purports to quote portions of Exhibit B, which speak for themselves. Capital One denies the remaining allegations in Paragraph 120.

121.    Capital One denies the allegations in Paragraph 121.

122.    Paragraph 122 purports to quote or paraphrase portions of Exhibit D, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 122.

123.    Capital One denies the allegations in Paragraph 123.

124.    Capital One admits the allegations in Paragraph 124.

**E.    Capital One Violated the GLBA, FTC Standards, and Related Regulations**

125.    The allegations in the first sentence of Paragraph 125 contain legal conclusions to which no response is required. The second sentence of Paragraph 125 purports to quote portions of Defendant's Annual Report for the 2023 Fiscal Year, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 125.

126.    Paragraph 126 purports to quote 15 U.S.C. § 6801(a), which speaks for itself. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 126.

127.    The allegations in Paragraph 127 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 127 and on that basis denies them.

128.    Paragraph 128 purports to quote 16 C.F.R. § 313.1, which speaks for itself. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 128.

129.    The first sentence of Paragraph 129 purports to quote a portion of the FTC.gov website, which speaks for itself. Capital One denies the remaining allegations in Paragraph 129.

130.    Paragraph 130 purports to quote portions of 16 C.F.R. § 313.3, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 130.

131.    The allegations in Paragraph 131 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 131.

132.    The allegations in Paragraph 132 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 132.

133.    The first and third sentences of Paragraph 133 contain legal conclusions to which no response is required. The second sentence of Paragraph 133 purports to quote portions of 15 U.S.C.A. § 6802, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations. Capital One denies the remaining allegations in Paragraph 133.

134.    The allegations in Paragraph 134 contain legal conclusions to which no response is required. Paragraph 134 purports to quote portions of 15 U.S.C.A. § 6803, which speak for themselves.  To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 134.

135.    The allegations in Paragraph 135 contain legal conclusions to which no response is required. Paragraph 135 purports to quote portions of 16 C.F.R. § 313.7 and 15 U.S.C.A. § 6802, which speak for themselves.  To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 135.

136.    The allegations in Paragraph 136 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 136.

137.    The allegations in Paragraph 137 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 137.

138.    The allegations in Paragraph 138 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 138.

139.    The allegations in the first sentence of Paragraph 139 contain legal conclusions to which no response is required. The second sentence of Paragraph 139 purports to quote portions of 16 C.F.R. § 313.10, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 139.

140.    The allegations in Paragraph 140 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 140.

141.    The allegations in the first sentence of Paragraph 141 contain legal conclusions to which no response is required. The second sentence of Paragraph 141 purports to quote portions of Exhibit B, which speak for themselves. Capital One denies the remaining allegations in Paragraph 141.

142.    The allegations in the first sentence of Paragraph 142 contain legal conclusions to which no response is required. Capital One denies the remaining allegations in Paragraph 142.

143.    The allegations in Paragraph 143 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 143.

**E.    Plaintiffs' Experiences**

144.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 145, and on that basis denies them.

145.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 145, and on that basis denies them.

146.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 146, and on that basis denies them.

147.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 147, and on that basis denies them.

148.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 148, and on that basis denies them.

149.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 149, and on that basis denies them.

150.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 150, and on that basis denies them.

151.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 151, and on that basis denies them.

152.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 152, and on that basis denies them.

153.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 153, and on that basis denies them.

154.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 154, and on that basis denies them.

155.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 155, and on that basis denies them.

156.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 156, and on that basis denies them.

157.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 157, and on that basis denies them.

158.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 158, and on that basis denies them.

159.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 159, and on that basis denies them.

160.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 160, and on that basis denies them.

161.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 161, and on that basis denies them.

162.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 162, and on that basis denies them.

163.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 163, and on that basis denies them.

164.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 164, and on that basis denies them.

165.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 165, and on that basis denies them.

166.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 166, and on that basis denies them.

167.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 167, and on that basis denies them.

168.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 168, and on that basis denies them.

169.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 169, and on that basis denies them.

170.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 170, and on that basis denies them.

171.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 171, and on that basis denies them.

172.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 172, and on that basis denies them.

173.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 173, an2d on that basis denies them.

174.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 174, and on that basis denies them.

175.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 175, and on that basis denies them.

176.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 176, and on that basis denies them.

177.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 177, and on that basis denies them.

178.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 178, and on that basis denies them.

179.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 179, and on that basis denies them.

180.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 180, and on that basis denies them.

181.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 181, and on that basis denies them.

182.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 182, and on that basis denies them.

183.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 183, and on that basis denies them.

184.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 184, and on that basis denies them.

185.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 185, and on that basis denies them.

186.    Capital One denies the allegations in Paragraph 186.

187.    Capital One denies the allegations in Paragraph 187.

188.    The allegations in Paragraph 188 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 188.

189.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 189, and on that basis denies them.

190.    The allegations in Paragraph 190 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 190.

### TOLLING, CONCEALMENT, AND ESTOPPEL

191.    The allegations in Paragraph 191 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 191.

192.    Capital One denies the allegations in Paragraph 192.

193.    Capital One denies the allegations in Paragraph 193.

194.    The allegations in Paragraph 194 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 194.

### CLASS ACTION ALLEGATIONS

195.    Capital One admits that Plaintiffs purport to bring a class action against Capital One, but denies that this action may be properly maintained as a class action. Capital One denies any remaining allegations in Paragraph 195.

196.    Capital One admits that Plaintiffs purport to bring a class action against Capital One, but denies that this action may be properly maintained as a class action. Capital One denies any remaining allegations in Paragraph 196.

197.    The allegations in Paragraph 197 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 197.

198.    The allegations in Paragraph 198 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 198.

199.    The allegations in Paragraph 199 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 199.

200.    The allegations in Paragraph 200 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 200.

201.    The allegations in Paragraph 201 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 201.

202.    The allegations in Paragraph 202 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 202.

203.    The allegations in Paragraph 203 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 203.

204.    The allegations in Paragraph 204 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 204.

205.    The allegations in Paragraph 205 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 205.

206.    The allegations in Paragraph 206 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 206.

207.    The allegations in Paragraph 207 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 207.

208.    The allegations in Paragraph 208 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 208.

209.    The allegations in Paragraph 209 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 209.

210.    The allegations in Paragraph 210 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 210.

211.    The allegations in Paragraph 211 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 211.

212.    The allegations in Paragraph 212 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 212.

213.    The allegations in Paragraph 213 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 213.

**COUNT I**
**NEGLIGENCE**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

214.    The allegations in Paragraph 214 do not allege any facts and thus requires no response. To the extent a response is required, Capital One incorporates by reference its answers to the above allegations as if fully stated here.

215.    Capital One lacks knowledge or information sufficient to form a belief as to the

allegations in Paragraph 215, and on that basis denies them.

216.   The allegations in Paragraph 216 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 216.

217.   The allegations in Paragraph 217 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 217.

218.   The allegations in Paragraph 218 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 218.

219.   The allegations in Paragraph 219 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 219.

220.   The allegations in Paragraph 220 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 220.

221.   The allegations in Paragraph 220 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 221.

222.   The allegations in Paragraph 222 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 222.

223.   The allegations in Paragraph 223 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 223.

224.   The allegations in Paragraph 224 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in

1   Paragraph 224.

2       225.    The allegations in Paragraph 225 contain legal conclusions to which no response is

3   required. To the extent a response is otherwise required, Capital One denies the allegations in

4   Paragraph 225.

5       226.    The allegations in Paragraph 226 contain legal conclusions to which no response is

6   required. To the extent a response is otherwise required, Capital One denies the allegations in

7   Paragraph 226.

8       227.    The allegations in Paragraph 227 contain legal conclusions to which no response is

9   required. To the extent a response is otherwise required, Capital One denies the allegations in

10  Paragraph 227.

11                              **COUNT II**
                            **NEGLIGENCE PER SE**
12     **(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

13      228.    The Court has dismissed Count II and therefore no response is required.

14      229.    The Court has dismissed Count II and therefore no response is required.

15      230.    The Court has dismissed Count II and therefore no response is required.

16      231.    The Court has dismissed Count II and therefore no response is required.

17      232.    The Court has dismissed Count II and therefore no response is required.

18      233.    The Court has dismissed Count II and therefore no response is required.

19      234.    The Court has dismissed Count II and therefore no response is required.

20      235.    The Court has dismissed Count II and therefore no response is required.

21      236.    The Court has dismissed Count II and therefore no response is required.

22      237.    The Court has dismissed Count II and therefore no response is required.

23      238.    The Court has dismissed Count II and therefore no response is required.

24      239.    The Court has dismissed Count II and therefore no response is required.

25                             **COUNT III**
                          **INVASION OF PRIVACY**
26                        **Cal. Const. Art. 1 § 1**
             **(On Behalf of Plaintiffs and the California Subclass)**

27

28

240. The Court has dismissed Count III and therefore no response is required.

241. The Court has dismissed Count III and therefore no response is required.

242. The Court has dismissed Count III and therefore no response is required.

243. The Court has dismissed Count III and therefore no response is required.

244. The Court has dismissed Count III and therefore no response is required.

245. The Court has dismissed Count III and therefore no response is required.

246. The Court has dismissed Count III and therefore no response is required.

247. The Court has dismissed Count III and therefore no response is required.

248. The Court has dismissed Count III and therefore no response is required.

249. The Court has dismissed Count III and therefore no response is required.

**COUNT IV**
**VIOLATION OF THE COMPREHENSIVE COMPUTER DATA ACCESS**
**AND FRAUD ACT, CAL. PENAL CODE § 502**
**(On Behalf of Plaintiffs and the California Subclass)**

250. The Court has dismissed Count IV and therefore no response is required.

251. The Court has dismissed Count IV and therefore no response is required.

252. The Court has dismissed Count IV and therefore no response is required.

253. The Court has dismissed Count IV and therefore no response is required.

254. The Court has dismissed Count IV and therefore no response is required.

255. The Court has dismissed Count IV and therefore no response is required.

256. The Court has dismissed Count IV and therefore no response is required.

257. The Court has dismissed Count IV and therefore no response is required.

258. The Court has dismissed Count IV and therefore no response is required.

259. The Court has dismissed Count IV and therefore no response is required.

260. The Court has dismissed Count IV and therefore no response is required.

261. The Court has dismissed Count IV and therefore no response is required.

262. The Court has dismissed Count IV and therefore no response is required.

263. The Court has dismissed Count IV and therefore no response is required.

**COUNT V**
**VIOLATION OF CALIFORNIA'S CONSUMER PROTECTION LAW ("UCL"), CAL.**
**BUS. & PROF. CODE §§ 17200, et seq.**
**(On Behalf of Plaintiffs and the California subclass)**

264.   The Court has dismissed Count V and therefore no response is required.

265.   The Court has dismissed Count V and therefore no response is required.

266.   The Court has dismissed Count V and therefore no response is required.

267.   The Court has dismissed Count V and therefore no response is required.

268.   The Court has dismissed Count V and therefore no response is required.

269.   The Court has dismissed Count V and therefore no response is required.

270.   The Court has dismissed Count V and therefore no response is required.

271.   The Court has dismissed Count V and therefore no response is required.

272.   The Court has dismissed Count V and therefore no response is required.

273.   The Court has dismissed Count V and therefore no response is required.

274.   The Court has dismissed Count V and therefore no response is required.

275.   The Court has dismissed Count V and therefore no response is required.

276.   The Court has dismissed Count V and therefore no response is required.

277.   The Court has dismissed Count V and therefore no response is required.

278.   The Court has dismissed Count V and therefore no response is required.

279.   The Court has dismissed Count V and therefore no response is required.

280.   The Court has dismissed Count V and therefore no response is required.

281.   The Court has dismissed Count V and therefore no response is required.

282.   The Court has dismissed Count V and therefore no response is required.

283.   The Court has dismissed Count V and therefore no response is required.

284.   The Court has dismissed Count V and therefore no response is required.

285.   The Court has dismissed Count V and therefore no response is required.

286.   The Court has dismissed Count V and therefore no response is required.

1
2

**COUNT VI**
**VIOLATION OF CALIFORNIA CONSUMER PRIVACY ACT,**
**Cal. Civ. Code § 1798.100, et seq.**
**(On Behalf of Plaintiffs and the California subclass)**

3
4
5
6

287.    The allegations in Paragraph 287 do not allege any facts and thus requires no response. To the extent a response is required, Capital One incorporates by reference its answers to the above allegations as if fully stated here.

7
8

288.    The allegations in Paragraph 288 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 288.

9
10
11
12

289.    Paragraph 289 purports to quote portions of Cal. Civ. Code § 1798.115, which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 289.

13

290.    Capital One denies the allegations in Paragraph 290.

14
15
16

291.    The allegations in Paragraph 291 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 291.

17
18

292.    The allegations in Paragraph 292 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

19
20

293.    The allegations in Paragraph 293 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

21
22

294.    The allegations in Paragraph 294 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

23
24

295.    The allegations in Paragraph 295 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

25
26

296.    The allegations in Paragraph 296 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

27
28

297.    Capital One lacks knowledge or information sufficient to form a belief as to the

allegations in the first two sentences of Paragraph 297, and on that basis denies them. Capital One denies that Plaintiffs have sent notice of their alleged CCPA claims. Capital One denies the remaining allegations in Paragraph 297.

298.    The allegations in Paragraph 298 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 298.

**COUNT VII**
**VIOLATION OF THE CALIFORNIA CUSTOMER RECORDS ACT,**
**CAL. CIV. CODE §§ 1798.80, et seq.**
**(On Behalf of Plaintiffs and the California subclass)**

299.    The Court has dismissed Count VII and therefore no response is required.

300.    The Court has dismissed Count VII and therefore no response is required.

301.    The Court has dismissed Count VII and therefore no response is required.

302.    The Court has dismissed Count VII and therefore no response is required.

303.    The Court has dismissed Count VII and therefore no response is required.

304.    The Court has dismissed Count VII and therefore no response is required.

305.    The Court has dismissed Count VII and therefore no response is required.

**COUNT VIII**
**BREACH OF EXPRESS AND IMPLIED CONTRACT**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

306.    The Court has dismissed Count VIII and therefore no response is required.

307.    The Court has dismissed Count VIII and therefore no response is required.

308.    The Court has dismissed Count VIII and therefore no response is required.

309.    The Court has dismissed Count VIII and therefore no response is required.

310.    The Court has dismissed Count VIII and therefore no response is required.

311.    The Court has dismissed Count VIII and therefore no response is required.

312.    The Court has dismissed Count VIII and therefore no response is required.

**COUNT IX**
**UNJUST ENRICHMENT (AS ALTERNATIVE TO CONTRACT CLAIMS)**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

313.    The allegations in Paragraph 313 do not allege any facts and thus requires no response. To the extent a response is required, Capital One incorporates by reference its answers to the above allegations as if fully stated here.

314.    The allegations in Paragraph 314 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 314.

315.    The allegations in Paragraph 315 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 315.

316.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in the first two sentences of Paragraph 316, and on that basis denies them. Capital One denies the remaining allegations.

317.    Capital One denies the allegations in Paragraph 317.

318.    The allegations in Paragraph 318 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 318.

319.    Capital One denies the allegations in Paragraph 319.

320.    The allegations in Paragraph 320 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 320.

321.    The allegations in Paragraph 321 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 321.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COUNT X**
**BAILMENT**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

322.    The Court has dismissed Count X and therefore no response is required.

323.    The Court has dismissed Count X and therefore no response is required.

324.    The Court has dismissed Count X and therefore no response is required.

325.    The Court has dismissed Count X and therefore no response is required.

326.    The Court has dismissed Count X and therefore no response is required.

327.    The Court has dismissed Count X and therefore no response is required.

328.    The Court has dismissed Count X and therefore no response is required.

**COUNT XI**
**DECLARATORY JUDGMENT**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

329.    The allegations in Paragraph 329 do not allege any facts and thus requires no response. To the extent a response is required, Capital One incorporates by reference its answers to the above allegations as if fully stated here.

330.    The allegations in Paragraph 330 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 330.

331.    The allegations in Paragraph 331 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 331.

332.    The allegations in Paragraph 332 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 332.

333.    The allegations in Paragraph 333 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 333.

334.    The allegations in Paragraph 334 contain legal conclusions to which no response is

1  required. To the extent a response is otherwise required, Capital One denies the allegations in

2  Paragraph 334.

3      335.    The allegations in Paragraph 335 contain legal conclusions to which no response is

4  required. To the extent a response is otherwise required, Capital One denies the allegations in

5  Paragraph 335.

6      336.    The allegations in Paragraph 336 contain legal conclusions to which no response is

7  required. To the extent a response is otherwise required, Capital One denies the allegations in

8  Paragraph 336.

9
**COUNT XII**
**BREACH OF CONFIDENCE**
10
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

11      337.    The Court has dismissed Count XII and therefore no response is required.

12      338.    The Court has dismissed Count XII and therefore no response is required.

13      339.    The Court has dismissed Count XII and therefore no response is required.

14      340.    The Court has dismissed Count XII and therefore no response is required.

15      341.    The Court has dismissed Count XII and therefore no response is required.

16      342.    The Court has dismissed Count XII and therefore no response is required.

17      343.    The Court has dismissed Count XII and therefore no response is required.

18      344.    The Court has dismissed Count XII and therefore no response is required.

19      345.    The Court has dismissed Count XII and therefore no response is required.

20      346.    The Court has dismissed Count XII and therefore no response is required.

**COUNT XIII**
21
**VIOLATION OF THE CALIFORNIA INVASION OF PRIVACY ACT,**
**CAL. PENAL CODE §§ 630, et seq.**
22
**(On Behalf of Plaintiffs and the California Subclass)**

23      347.    The allegations in Paragraph 347 do not allege any facts and thus requires no response.

24  To the extent a response is required, Capital One incorporates by reference its answers to the above

25  allegations as if fully stated here.

26      348.    The allegations in Paragraph 348 contain legal conclusions to which no response is

27  required. Paragraph 348 purports to quote portions of Cal. Penal Code § 630, which speak for

28

themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 348.

349.    The allegations in Paragraph 349 contain legal conclusions to which no response is required. Paragraph 349 purports to quote portions of Cal. Penal Code § 631(a), which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 349.

350.    The allegations in Paragraph 350 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

351.    The allegations in Paragraph 351 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

352.    The allegations in Paragraph 352 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 352.

353.    The allegations in Paragraph 353 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 353.

354.    The allegations in Paragraph 354 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations.

355.    Capital One denies the allegations in Paragraph 355.

356.    The allegations in Paragraph 356 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 356.

357.    Capital One denies the allegations in Paragraph 357.

358.    Capital One lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 358, and on that basis denies them.

359.    Capital One denies the allegations in Paragraph 359.

360.    Capital One lacks knowledge or information sufficient to form a belief as to the

allegations in the first sentence of Paragraph 360, and on that basis denies them. The second sentence of Paragraph 360 contains legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 360.

361.    Capital One denies the allegations in Paragraph 361.

362.    Capital One denies the allegations in Paragraph 362.

363.    The allegations in Paragraph 363 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 363.

364.    Capital One denies the allegations in Paragraph 364.

365.    Capital One admits that Plaintiffs and Class Members purport to seek statutory damages as well as injunctive or other equitable relief, but denies that Plaintiffs and Class Members are entitled to any relief. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 365.

366.    Capital One denies the allegations in Paragraph 366.

367.    Capital One admits that Plaintiffs and Class Members purport to seek relief, but denies that Plaintiffs and Class Members are entitled to any relief. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 367.

**COUNT XIV**
**VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT ("ECPA")**
**18 U.S.C. §§ 2511(1), et seq.**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

368.    The allegations in Paragraph 368 do not allege any facts and thus requires no response. To the extent a response is required, Capital One incorporates by reference its answers to the above allegations as if fully stated here.

369.    The allegations in Paragraph 369 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 369.

370.    The allegations in Paragraph 370 contain legal conclusions to which no response is

required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 370.

371.    The allegations in Paragraph 371 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 371.

372.    Paragraph 372 purports to quote portions of 18 U.S.C. § 2510(8), which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 372.

373.    Paragraph 373 purports to quote portions of 18 U.S.C. §§ 2510(4) and (8), which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 373.

374.    The allegations in Paragraph 374 contain legal conclusions to which no response is required. Paragraph 374 purports to quote portions of 18 U.S.C. § 2510(5), which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 374.

375.    The allegations in Paragraph 375 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 375.

376.    The allegations in Paragraph 376 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 376.

377.    The allegations in Paragraph 377 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 377.

378.    The allegations in Paragraph 378 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 378.

379.    The allegations in Paragraph 379 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 379.

380.    The allegations in Paragraph 380 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 380.

381.    Capital One denies the allegations in Paragraph 381.

382.    Capital One denies the allegations in Paragraph 382.

383.    The allegations in Paragraph 383 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 383.

384.    Capital One denies the allegations in Paragraph 384.

385.    The allegations in Paragraph 385 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 385.

**COUNT XV**
**VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT**
**18 U.S.C. § 2511(3)(a)**
**UNAUTHORIZED DIVULGENCE BY ELECTRONIC COMMUNICATIONS SERVICE**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

386.    The allegations in Paragraph 386 do not allege any facts and thus requires no response. To the extent a response is required, Capital One incorporates by reference its answers to the above allegations as if fully stated here.

387.    Paragraph 387 purports to quote portions of 18 U.S.C. § 2511(3)(a), which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 387.

388.    The allegations in Paragraph 388 contain legal conclusions to which no response is required. Paragraph 388 purports to quote portions of 18 U.S.C. § 2510(15), which speak for themselves.  To the extent a response is otherwise required, Capital One denies the allegations in

Paragraph 388.

389.    Capital One denies the allegations in Paragraph 389.

390.    Capital One denies the allegations in Paragraph 390.

391.    Paragraph 391 purports to quote portions of 18 U.S.C. § 2511(3)(b), which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 391.

392.    Paragraph 392 purports to quote portions of 18 U.S.C. § 2511(2)(a)(i), which speak for themselves. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 392.

393.    The allegations in Paragraph 393 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 393.

394.    The allegations in Paragraph 394 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 394.

395.    The allegations in Paragraph 395 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 395.

396.    The allegations in Paragraph 396 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 396.

397.    The allegations in Paragraph 397 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 397.

398.    The allegations in Paragraph 398 contain legal conclusions to which no response is required. To the extent a response is otherwise required, Capital One denies the allegations in Paragraph 398.

**COUNT XVI**
**VIOLATION OF TITLE II OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT ("STORED COMMUNICATIONS ACT")**
**18 U.S.C. §§ 2702, et seq.**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

399.    The Court has dismissed Count XVI and therefore no response is required.

400.    The Court has dismissed Count XVI and therefore no response is required.

401.    The Court has dismissed Count XVI and therefore no response is required.

402.    The Court has dismissed Count XVI and therefore no response is required.

403.    The Court has dismissed Count XVI and therefore no response is required.

404.    The Court has dismissed Count XVI and therefore no response is required.

405.    The Court has dismissed Count XVI and therefore no response is required.

406.    The Court has dismissed Count XVI and therefore no response is required.

407.    The Court has dismissed Count XVI and therefore no response is required.

408.    The Court has dismissed Count XVI and therefore no response is required.

409.    The Court has dismissed Count XVI and therefore no response is required.

410.    The Court has dismissed Count XVI and therefore no response is required.

411.    The Court has dismissed Count XVI and therefore no response is required.

412.    The Court has dismissed Count XVI and therefore no response is required.

413.    The Court has dismissed Count XVI and therefore no response is required.

414.    The Court has dismissed Count XVI and therefore no response is required.

415.    The Court has dismissed Count XVI and therefore no response is required.

**COUNT XVII**
**VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT ("CFAA")**
**18 U.S.C. §§ 1030, et seq.**
**(On Behalf of Plaintiffs, the Nationwide Class, and the California Subclass)**

416.    The Court has dismissed Count XVII and therefore no response is required.

417.    The Court has dismissed Count XVII and therefore no response is required.

418.    The Court has dismissed Count XVII and therefore no response is required.

419.    The Court has dismissed Count XVII and therefore no response is required.

420.    The Court has dismissed Count XVII and therefore no response is required.

421.    The Court has dismissed Count XVII and therefore no response is required.

## PRAYER FOR RELIEF

Capital One denies that Plaintiff is entitled to any of the relief requested in the Prayer for Relief.

## AFFIRMATIVE DEFENSES[2]

### First Affirmative Defense

The Complaint is barred, in whole or in part, to the extent Plaintiffs and/or the putative class members seek relief for conduct occurring outside the applicable statutes of limitations.

### Second Affirmative Defense

The Complaint is barred, in whole or in part, to the extent that clear and affirmative, or implied, consent existed to collect or permit the collection of information from Plaintiffs and/or the putative class members.

### Third Affirmative Defense

The Complaint is barred, in whole or in part, because Plaintiff and/or the putative class members would be unjustly enriched if permitted to obtain any recovery in this action because such recovery would be disproportionate to the harm, if any, suffered by Plaintiffs and/or the putative class members.

### Fourth Affirmative Defense

The Complaint is barred, in whole or in part, by the terms of any applicable agreements between Capital One and Plaintiffs and/or Capital One and the putative class members.

### Fifth Affirmative Defense

The Complaint is barred, in whole or in part, because the damages sought against Capital

---

[2] By asserting affirmative defenses, Capital One does not waive any arguments or objections regarding the sufficiency of Plaintiffs' claims. Capital One expressly reserves all rights to challenge the legal and factual basis of Plaintiffs' allegations and does not relieve Plaintiffs of their burden to prove their case in accordance with applicable law. Defendant's assertion of affirmative defenses should not be construed as an admission of liability or as a concession regarding the merits of Plaintiffs' claims.

1    One would violate its due process rights under the United States Constitution.

2    **Eighth Affirmative Defense**

3    The Complaint is barred, in whole or in part, by the equitable doctrine of unclean hands.

4    **Seventh Affirmative Defense**

5    To the extent Plaintiffs and/or the putative class members failed to take reasonable steps to

6    mitigate their alleged damages, their recovery must be barred or diminished accordingly.

7    **Eighth Affirmative Defense**

8    The Complaint is barred, in whole or in part, by the doctrine of laches to the extent that

9    Plaintiffs and any putative class members did not timely assert their rights and waited an unfair

10   period of time to bring this action.

11   **Ninth Affirmative Defense**

12   The Complaint is barred, in whole or in part, by the doctrine of waiver to the extent Plaintiffs

13   and putative class members had prior knowledge of, and chose to participate in, the conduct of

14   which they now complain.

15   **Tenth Affirmative Defense**

16   The Complaint is barred, in whole or in part, by Plaintiffs' and putative class members'

17   assumption of risk to the extent they had prior knowledge of, and chose to participate in, the conduct

18   of which they now complain.

19   **Eleventh Affirmative Defense**

20   The Complaint is barred, in whole or in part, by the doctrine of equitable estoppel to the

21   extent Plaintiffs and putative class members had prior knowledge of, and chose to participate in,

22   the conduct of which they now complain.

23   **<u>PRAYER</u>**

24   WHEREFORE, Defendant prays for relief as follows:

25   1.    That the Complaint be dismissed with prejudice;

26   2.    That Plaintiffs' request for class certification be denied;

27   3.    That judgment be entered in favor of Defendant as to all of the causes of action;

28

36

1    4.    For Defendant cost of suit herein, including reasonable attorneys' fees; and

2    5.    For such other and further relief as the Court deems proper.

3

Dated: March 24, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP

4

5                                        /s/    Rebecca Harlow
                                         Aravind Swaminathan (*pro hac vice*)
6                                        aswaminathan@orrick.com
                                         Jassiem Moore (*pro hac vice*)
7                                        jassiem.moore@orrick.com
                                         401 Union Street, Suite 3300
8                                        Seattle, WA 98101
                                         Telephone: (206) 639-9157
9

10                                       Rebecca Harlow (SBN 281931)
                                         rharlow@orrick.com
11                                       405 Howard Street
                                         San Francisco, CA 94105
12                                       Telephone: (415) 773-5700

13
                                         *Attorneys for Defendant Capital One Financial*
14                                       *Corporation*

15

16

17

18

19

20

21

22

23

24

25

26

27

28