Via ECF  						October 3, 2025
The Honorable Sallie Kim
U.S. District Court for the Northern District of California
Courtroom C – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Shah v. Capital One Financial Corp.*, No. 3:24-cv-05985-TLT
             Response to Defendant's Submission (ECF No. 97)

Dear Judge Kim:

    Plaintiffs Vishal Shah, Gary Ingraham, Deia Williams, and Devine Rose (collectively, "Plaintiffs") provide this brief submission in response to Defendant Capital One's October 2, 2025 filing to correct the record with regard to the events that resulted in Plaintiffs' September 30, 2025 submission under Judge Thompson's standing orders in hope that the parties can avoid burdening the Court with issues that do not move the matter forward, rather than focusing on the discovery dispute at issue.

    During the September 29, 2025 meet and confer, I offered Capital One counsel the opportunity to participate in the joint briefing process. Rather than participating, Capital One took the position that until it was willing to declare impasse (despite maintaining its refusal to produce the at-issue discovery and offering no compromise to resolve the dispute), no joint briefing process could go forward. I then informed counsel for Capital One that Plaintiffs intended to move forward with the submission of this dispute to the Court, despite Capital One's refusal to participate in the Joint Letter Process and offered to include in that submission Capital One's position that the parties were not at impasse. A lawyer for Capital One responded "ok", and Plaintiffs did include Capital One's position in their September 30, 2025 submission. At most, the parties have a different interpretation of what Capital One counsel meant by their statement "ok".

    Plaintiffs take seriously the Court's instruction that future submissions follow the procedures set forth in the Court's standing orders.

Dated: October 3, 2025 				Respectfully submitted,

						*/s/ J. Gerard Stranch, IV*
						J. Gerard Stranch, IV (admitted *pro hac vice*)
						Counsel for PLAINTIFFS, VISHAL SHAH, GARY INGRAHAM, DEIA WILLIAMS, and DEVIN ROSE, individually, and on behalf of all others similarly situated

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of October, 2025, at Oakland, California.

>    */s/ Lesley E. Weaver*
>    Lesley E. Weaver