Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7065
mverdin@cov.com

*Attorneys for Defendant Capital One Financial Corporation*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISHAL SHAH, GARY INGRAHAM, DEIA WILLIAMS, and DEVIN ROSE, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING,<br><br>Defendant. | Case No. 3:24-cv-05985-TLT-SK<br><br>**DEFENDANT CAPITAL ONE FINANCIAL CORPORATION'S NOTICE OF NON-OPPOSITION TO PLAINTIFF ROSE'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Trina L. Thompson |

Pursuant to the Court's October 14, 2025 Order (ECF No. 119), Defendant Capital One Financial Corporation ("Capital One") respectfully submits this Notice to confirm that Capital One does not oppose Plaintiff Devin Rose's motion for voluntary dismissal (ECF No. 118), on the condition that Plaintiff Rose's claims asserted in this action are dismissed with prejudice.

Dated: October 15, 2025

By: */s/ Kathryn E. Cahoy*

Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7065
mverdin@cov.com

Andrew Soukup (*pro hac vice*)
Marianne Spencer (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5066
asoukup@cov.com
mspencer@cov.com

*Attorneys for Defendant Capital One Financial Corporation*