Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7065
mverdin@cov.com

Andrew Soukup (*pro hac vice*)
Marianne Spencer (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5066
asoukup@cov.com
mspencer@cov.com

*Attorneys for Defendant Capital One Financial Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VISHAL SHAH, GARY INGRAHAM, and DEIA WILLIAMS, individually, and on behalf of all others similarly situated,

Plaintiffs

v.

CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING,

Defendant.

Case No. 3:24-cv-05985-TLT-SK

**RESPONSE TO OCTOBER 25 ORDER SEEKING CLARITY ON PORTIONS OF DEPOSITION TRANSCRIPT TO BE FILED UNDER SEAL**

Judge: Hon. Trina L. Thompson
Judge: Hon. Sallie Kim, U.S.M.J.

On October 25, the Court granted Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should be Sealed, *see* ECF No. 136, but in doing so, requested clarity as to which portions of the excerpt of the Deposition of Fiorella Trowbridge, ECF No. 125-2, should be filed under seal, ECF No. 136 at 3. Accordingly, Defendant submits the below table which indicates the portions of the deposition that should be filed under seal.[1] As the Court has recognized, "portions of a deposition which contain proprietary information about the business operations and technologies utilized by Defendant may properly be sealed," *id.*, and the Court has also already sealed verbatim quotes from the transcript of this deposition because those quotes referenced information designated confidential or highly confidential under the Protective Order entered in this case.

| **Page** | **Lines** |
|---|---|
| 4 | 8-23 |
| 5 | 3-23 |
| 6 | 3-6 |
| 15 | 15-25 |
| 16 | 1-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 61 | 1-25 |
| 62 | 1-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-25 |
| 72 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-25 |
| 84 | 1-25 |
| 126 | 20-25 |
| 127 | 1-25 |

[1] ECF No. 125-2 contains four deposition mini-pages on each page, so the page number reflected in the table is the page number of the deposition page in the top right corner of each mini-page, not the page of the PDF.

| | |
|---|---|
| 128 | 1-25 |
| 129 | 1-25 |
| 130 | 1-25 |
| 131 | 1-3, 9-25 |
| 132 | 1-25 |
| 233 | 1-17, 21-25 |
| 234 | 13-25 |
| 235 | 1-25 |
| 236 | 1-25 |

Dated: October 29, 2025

By: /s/ Kathryn E. Cahoy

Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7065
mverdin@cov.com

Andrew Soukup (*pro hac vice*)
Marianne Spencer (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5066
asoukup@cov.com
mspencer@cov.com

*Attorneys for Defendant Capital One Financial Corporation*