# EXHIBIT B

Lynn A. Toops (*pro hac vice*)
Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
Lisa M. La Fornara (*pro hac vice*)
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Email: ltoops@cohenmalad.com
　　　　nlyons@cohenmalad.com
　　　　vmiller@cohenmalad.com
　　　　llafornara@cohenmalad.com

[additional counsel listed on signature pages]
*Counsel for Plaintiffs and Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VISHAL SHAH, GARY INGRAHAM, DEIA WILLIAMS, and DEVIN ROSE, Individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING,<br><br>　　　　Defendant. | Case No. 3:24-cv-05985<br><br>**PLAINTIFFS' REQUEST FOR INSPECTION OF DEFENDANT'S DASHBOARDS**<br><br>Judge: Hon. Trina L. Thompson |

　　　　Plaintiffs Vishal Shah, Gary Ingraham, Deia Williams, and Devin Rose, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26 and 34, request that Defendant Capital One Financial Corporation, d/b/a Capital One, d/b/a Capital One, National Association, d/b/a Capital One, N.A., d/b/a Capital One Shopping (hereinafter "Capital One") produce for inspection the following dashboards relating to its tracking technology on Capital One's

landing page, Capital One's credit card pages, Capital One's credit card application pages, and Capital One's credit card pre-approval application pages:

1. Google Analytics;

2. Adobe Analytics;

3. Meta Events Manager dashboard;

4. Tealium Insights dashboard; and

5. Ensighten privacy dashboard.

The inspection shall be conducted by Plaintiffs' consulting expert and attended by counsel for Plaintiffs and Capital One. During the inspection, Plaintiffs' consulting expert and counsel will be granted access to the dashboards by Capital One, and the inspection shall take place over recorded Zoom session(s). The date of inspection shall be determined jointly by counsel for the parties and shall continue from day to day until the inspection has been completed.

Date: September 29, 2025

Respectfully submitted,

/s/ Lynn A. Toops
Lynn A. Toops (*pro hac vice*)
Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
Lisa M. La Fornara (*pro hac vice*)
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
vmiller@cohenmalad.com
llafornara@cohenmalad.com

Lesley E. Weaver, No. 191305
Anne K. Davis, No. 267909
Gregory S. Mullens (*pro hac vice* forthcoming)
BLEICHMAR FONTI & AULD, LLP
1330 Broadway, Suite 630

Oakland, California 94612
(415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
gmullens@bfalaw.com

J. Gerard Stranch, IV (*pro hac vice*)
Emily E. Schiller (*pro hac vice* forthcoming)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com
eschiller@stranchlaw.com

Samuel J. Strauss (*pro hac vice* forthcoming)
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI, PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com
*Counsel for Plaintiffs and the Proposed Classes*

PLAINTIFFS' REQUEST FOR INSPECTION OF DEFENDANT'S DASHBOARDS

PROOF OF SERVICE

I hereby certify that on September 29, 2025, I electronically served the foregoing on all counsel of record in this action via email.

DATED 29th day of September, 2025.

By: */s/ Lynn A. Toops*

*Counsel for Plaintiffs and the Proposed Class*