# EXHIBIT D

1  Kathryn E. Cahoy (Bar No. 298777)
2  COVINGTON & BURLING LLP
   3000 El Camino Real
3  5 Palo Alto Square, 10th Floor
   Palo Alto, CA 94306-2112
4  (650) 632-4735
   kcahoy@cov.com
5
6  Matthew Q. Verdin (Bar No. 306713)
   COVINGTON & BURLING LLP
7  Salesforce Tower
   415 Mission Street, Suite 5400
8  San Francisco, CA 94105-2533
   (415) 591-7065
9  mverdin@cov.com

10 *Attorneys for Defendant Capital One Financial
11 Corporation*

12 [Additional counsel listed on signature page]

13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION
16

| | |
|---|---|
| VISHAL SHAH, GARY INGRAHAM, and DEIA WILLIAMS, Individually, and on behalf of all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING, <br><br> Defendant. | Case No. 3:24-cv-05985-TLT-SK <br><br> **DEFENDANT CAPITAL ONE FINANCIAL CORPORATION'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUEST FOR INSPECTION OF DEFENDANT'S DASHBOARDS** <br><br> Judge: Hon. Trina L. Thompson |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California, Defendant Capital One Financial Corporation ("Capital One" or "Defendant"), by its undersigned counsel, hereby responds and objects to Plaintiffs Vishal Shah's, Gary Ingraham's, and Deia Williams' ("Plaintiffs") Request for Inspection of Defendant's Dashboards as follows:

## PRELIMINARY STATEMENT

Capital One has not fully completed its investigation into this action, discovery in this action, or preparation for potential motions and trial. Capital One's responses are based upon and necessarily limited to records and information still in existence, presently available, and obtained in the course of preparing these responses. Consequently, although these responses are complete to the best of Capital One's knowledge, Capital One expressly reserves the right to change, amend, modify, or supplement these responses in the event of error, mistake, or omission, and as Capital One ascertains additional facts, makes analyses, completes legal research, or obtains documents. Capital One also reserves the right to make any changes to these responses if, at any time, additional or more accurate information or documents become available, and to establish at a later date any additional facts that may be contained within or discovered as a result of any additional documents.

No incidental or implied admissions are intended by these responses. The fact that Capital One has responded or objected to any Request or part thereof shall not be deemed an admission that Capital One accepts or admits the existence of any facts set forth or assumed by such Request, or that the response or objection constitutes admissible evidence. The fact that Capital One has answered part or all of any Request is not intended to be, and shall not be construed as, a waiver by Capital One of any part of any objection to any Request.

## SPECIFIC OBJECTIONS AND RESPONSE TO REQUESTS FOR INSPECTION OF DEFENDANT'S DASHBOARDS

**REQUEST FOR INSPECTION:** Plaintiffs Vishal Shah, Gary Ingraham, Deia Williams, and Devin Rose, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26 and 34, request that Defendant Capital One Financial Corporation, d/b/a Capital One, d/b/a Capital One, National Association, d/b/a Capital One, N.A., d/b/a Capital One Shopping (hereinafter "Capital One")

produce for inspection the following dashboards relating to its tracking technology on Capital One's landing page, Capital One's credit card pages, Capital One's credit card application pages, and Capital One's credit card pre-approval application pages:

1. Google Analytics;

2. Adobe Analytics;

3. Meta Events Manager dashboard;

4. Tealium Insights dashboard; and

5. Ensighten privacy dashboard.

The inspection shall be conducted by Plaintiffs' consulting expert and attended by counsel for Plaintiffs and Capital One. During the inspection, Plaintiffs' consulting expert and counsel will be granted access to the dashboards by Capital One, and the inspection shall take place over recorded Zoom session(s). The date of inspection shall be determined jointly by counsel for the parties and shall continue from day to day until the inspection has been completed.

**RESPONSE:** Capital One hereby incorporates its Preliminary Statement. Further, Capital One objects that this Request is vague and ambiguous in its use of the terms "tracking technology," "dashboard," and "landing page," none of which are defined. Capital One further objects to this request as inconsistent with Federal Rule of Civil Procedure 34(b) in that it fails to describe "Google Analytics Dashboard," "Adobe Analytics Dashboard," "Meta Events Manager dashboard," "Tealium Insights dashboard," and "Ensighten privacy dashboard" with reasonable particularity. Capital One further objects to this request as overbroad and not proportional to the needs of the case as it does not establish any temporal limitations on the scope of its inspection or the items to be inspected. Capital One objects to this request as unduly burdensome, including because Plaintiffs delayed serving this broad request until 39 days before the close of fact discovery at a time when Capital One is working diligently to respond to Plaintiffs' numerous other belated requests and to complete the 10 depositions Plaintiffs have scheduled.

Subject to the above objections, Capital One will not permit these inspections for the reasons explained above. However, Capital One is willing to meet and confer with Plaintiffs as to this request, including as to whether this information exists and if so, whether it can be produced via document production, to the extent this information has not already been produced as set forth above.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 29, 2025 | By: */s/ Kathryn E. Cahoy* |
| 3 | | Kathryn E. Cahoy (Bar No. 298777) |
| | | COVINGTON & BURLING LLP |
| 4 | | 3000 El Camino Real |
| | | 5 Palo Alto Square, 10th Floor |
| 5 | | Palo Alto, CA 94306-2112 |
| | | (650) 632-4735 |
| 6 | | kcahoy@cov.com |
| 7 | | |
| | | Matthew Q. Verdin (Bar No. 306713) |
| 8 | | COVINGTON & BURLING LLP |
| | | Salesforce Tower |
| 9 | | 415 Mission Street, Suite 5400 |
| | | San Francisco, CA 94105-2533 |
| 10 | | (415) 591-7065 |
| | | mverdin@cov.com |
| 11 | | |
| 12 | | Andrew Soukup (*pro hac vice*) |
| | | Marianne Spencer (*pro hac vice*) |
| 13 | | COVINGTON & BURLING LLP |
| | | 850 Tenth Street, NW |
| 14 | | Washington, DC 20001-4956 |
| | | (202) 662-5066 |
| 15 | | asoukup@cov.com |
| 16 | | mspencer@cov.com |
| 17 | | *Attorneys for Defendant Capital One Financial Corporation* |

# CERTIFICATE OF SERVICE

I declare that I am an attorney with the law firm of Covington & Burling LLP, whose address is One City Center, 850 Tenth Street, NW, Washington, DC 20001-4956. I am more than eighteen years old and not a party to this action. On October 29, 2025, I caused a true and correct copy of the foregoing document to be served on counsel for Plaintiffs in this action via electronic mail addressed as follows:

| | |
|---|---|
| Leslie Weaver<br>Anne K. Davis<br>Gregory S. Mullens<br>BLEICHMAR FONTI & AULD, LLP<br>1330 Broadway, Suite 630<br>Oakland, California 94612<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>gmullens@bfalaw.com | J. Gerard Stranch, IV<br>Emily E. Schiller<br>STRANCH JENNINGS & GARVEY, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>gstranch@stranchlaw.com<br>eschiller@stranchlaw.com |
| Natalie Lyons<br>Vess A. Miller<br>Lynn A. Toops<br>Emily Herrin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>nlyons@cohenandmalad.com<br>vmiller@cohenandmalad.com<br>ltoops@cohenandmalad.com<br>eherrin@cohenandmalad.com | Samuel J. Strauss<br>Raina C. Borrelli<br>Brittany Resch<br>STRAUSS BORRELLI PLLC<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, Illinois 60611<br>sam@straussborrelli.com<br>raina@straussborrelli.com<br>bresch@straussborelli.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: October 29, 2025

COVINGTON & BURLING LLP

By: /s/ Rachel C. Lia
    Rachel C. Lia