UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY INGRAHAM, et al.,

Plaintiffs,

v.

CAPITAL ONE FINANCIAL CORPORATION,

Defendant.

Case No. 24-cv-05985-TLT (SK)

**ORDER REGARDING PLAINTIFFS' 30(B)(6) DEPOSITION AND DEFENDANT'S RESPONSES TO PLAINTIFFS' INTERROGATORIES**

Regarding Docket Nos. 144, 148

Plaintiffs move to compel Defendant Capital One Financial Corporation to produce a witness pursuant to the notice issued under Federal Rule of Civil Procedure 30(b)(6) to address all eight "Technologies" in response to topic number 18. The Court GRANTS that request. The deposition shall not exceed three hours. The deposition must take place before December 15, 2025.

Plaintiffs also move to compel responses to Interrogatories Nos. 6 and 7. The Court DENIES the motion WITHOUT PREJUDICE. Plaintiffs may seek this information if a class of plaintiffs is certified.

Finally, Plaintiffs seek to inspect Defendant's dashboards pursuant to Federal Rule of Civil Procedure 34. The Court GRANTS this request. Plaintiffs may inspect these dashboards for no longer than six hours, and the inspection must take place before December 15, 2025.

**IT IS SO ORDERED**.

Dated: November 24, 2025

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California