UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY INGRAHAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE FINANCIAL CORPORATION, <br><br> Defendant. | Case No.  24-cv-05985-TLT <br><br> **SCHEDULING ORDER REGARDING CLASS CERTIFICATION AND SEALING MOTIONS** <br><br> Re: Dkt. Nos. 177, 180, 186, 187, 194, 197, 199 |

Pursuant to the parties' stipulation the deadline to file an omnibus sealing motion is 21 days after the conclusion of briefing of the underlying motion or filing.  ECF 176.  The parties have filed interim sealing motions pursuant to that stipulation in connection with Plaintiffs' motion for sanctions and Plaintiffs' motion for class certification.  ECF 177; ECF 180; ECF 187; ECF 194; ECF 197; ECF 199.

Briefing on Plaintiffs' motion for sanctions ended on January 30, 2026.  ECF 198.  Accordingly, the parties' omnibus sealing motion connected to briefing on Plaintiffs' motion for sanctions is due **Friday, February 20, 2026**.

Briefing on Plaintiffs' motion for class certification is set to conclude on April 6, 2026.  *See* ECF 116.  Accordingly, the parties' omnibus sealing motion connected to Plaintiffs' motion for class certification would be due Monday, April 27, 2026.  However, the Court finds that the omnibus sealing motion deadline of April 27, 2026, is incompatible with the hearing date on Plaintiffs' motion for class certification of April 21, 2026.  *See* ECF 83.

The United States Supreme Court has "held that district courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892–93 (2016).  The Ninth Circuit, and courts within

United States District Court
Northern District of California

this district have found the same. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) ("It is well established that '[d]istrict courts have inherent power to control their docket.'"); *see also Nevarez v. Forty Niners Football Co., LLC*, No. 16-CV-07013, 2019 WL 13148141, at *3 (N.D. Cal. Feb. 5, 2019). The Court, therefore, finds good cause to modify the briefing schedule on the parties' joint omnibus sealing motion. The parties omnibus sealing motion connected to Plaintiffs' motion for class certification is due **Friday, April 10, 2026**.

The parties will be asked to address both the class certification motion and both omnibus sealing motions at the **hearing on April 28, 2026, at 2:00 PM** in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.

IT IS SO ORDERED.

Dated: February 12, 2026

TRINA L. THOMPSON
United States District Judge