Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7065
mverdin@cov.com

*Attorneys for Defendant Capital One Financial Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY INGRAHAM and DEIA WILLIAMS, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING,<br><br>Defendant. | Case No.: 3:24-cv-05985-TLT-SK<br><br>**DECLARATION OF DANIELLE AGER IN SUPPORT OF CAPITAL ONE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(h)(3), CAPITAL ONE'S MOTION TO EXCLUDE PLAINTIFFS' DAMAGES EXPERT ERIC KRAUSE, AND OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Trina L. Thompson<br><br>**PUBLIC REDACTED** |

I, Danielle Ager, hereby declare as follows:

1. I am a Director, Product Manager and I support the "US Card" line of business at Capital One Financial Corporation ("Capital One"). Through my work, I am familiar with Capital One's marketing of its credit card products, including digital marketing. In addition, through my work, I have knowledge of Capital One's implementation and use of Google Ads Data Hub and Skai (formerly known as Kenshoo) Secure File Transfer Protocol ("SFTP"), both of which are server-to-server technologies.

2. I was designated as Capital One's corporate representative to testify about Capital One's use of, reliance on, and configuration of any server-side technologies for online advertising, marketing, or analytics from August 26, 2021 to August 26, 2024.

3. I submit this declaration in support of Capital One's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), Capital One's Motion to Exclude Plaintiffs' Damages Expert Eric Krause, and Capital One's Opposition to Plaintiffs' Motion for Class Certification ("Mot."). The information in this declaration is based on my personal knowledge (including the knowledge I have gained based on my work for Capital One), my review of Capital One's records, and information in the possession of my employer.

**Capital One's Use of Google Ads Data Hub.**

4. Capital One's █████████████████████████████ ████████████████

5. I understand that on page 9, footnote 1 of the Declaration of Lynn Toops in Support of Plaintiffs' Motion for Class Certification ("Toops Declaration"), Ms. Toops states that, regarding Google Ads Data Hub, █████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ Google Ads Data Hub was first ████████████████, which I testified to on page 93 of my 30(b)(6) deposition transcript. I never testified that Google Ads Data Hub was ████████████ ████ Plaintiffs are perhaps confusing my testimony regarding the implementation of Google Ads API in 2022, which is a different server-to-server technology, and as I understand, is not a part of Plaintiffs' class definition. Moreover, as I explain in paragraph 8 below, after Google Ads Data Hub was ████████████

- 1 -

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK

6. Google Ads Data Hub is a Google tool that Capital One ██████████████████████████████████████████████████████████████████████.

7. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

8. ████████████████████████████████████████████████████████████████████████. After Google Ads Data Hub's ████████████████████████████████████████████████████████████████████████████████████████████████████████████.

9. To use Google Ads Data Hu , Capital One ████████████████████████████████████████ Google Ads Data Hub uses that ████████ to provide Capital One with ██████████████████████. Capital One uses these ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

10. ████████████████████████████████████████████████████████████████████████████████████████████████████████.

**Capital One's Records of** ████████████████████████████.

11. ████████████████████████████████████████████████████████████████████████████████████████████████.

DECLARATION OF DANIELLE AGER - Case No. 3:24-cv-05985-TLT-SK

██████████████████████████████████████████████████████

███████████████████████████████ █████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████. Additionally, if a technical issue prevented the transmission of information on a particular day, the information reflected in the ███████████████ or the ███████████████████████ may not have been ████████████████████████.

12. In the course of this litigation, a Capital One employee, at my direction, exported from both the ███████████████████████████████████████████████████████████████████████████████████████ ███████████ on March 11, 2025. A true and correct copy of those samples is attached as Exhibit A.

13. Capital One ret ins ██████████████████████████████████████ ████. A true and correct copy of the ██████████████████████████████ ███████████████████████ is attached as Exhibit C. A true and correct copy of the ████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████

14. I understand, based on my review of paragraph 13 of the Toops Declaration, that the Plaintiffs in this case contend that ███████████████████████████████ ██████████████████████████████████████. For many of the ███████████, this is wrong. Based on my personal knowledge and my review of Capital One's records, Column 2 of Figure 1 lists ████████████████████████████████████████████████████████ ████████████████████████████. See Ex. A at 1-2. Further, based on my personal knowledge and review of Capital One's records, Column 3 of Figure 1 identifies ████████████████████████████ ██████████████████████████████████████████. See Ex. A at 1-2.

- 3 -

DECLARATION OF DANIELLE AGER - Case No. 3:24-cv-05985-TLT-SK

Docusign Envelope ID: 3C7CEBE7-604A-488D-982E-2CG5ABA2E7CB



15.

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK

16. Based on my personal knowledge and my review of Capital One's records, including Exhibit B, ██████████████████████████████████████████████ ████████████████████████████████████, as seen below in Figure 2.

17. ████████████████████████████████████████ ████████████████████████████████████, which I understand were submitted after the complaint was filed in this case. *See* Ex. B at 1-4. ████████ █████████████████████████████████████████████████ █████████████████████████████████████████████████ █████████ █████████████████████████████████████████████████.

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK

Docusign Envelope ID: 3C7CEBE7-604A-488D-982E-2CG5ABA2E7CB



- 7 -

18. Based on my personal knowledge and my review of Capital One's records, including Exhibit B, Figure 3 below shows the ███████████████████████████████████. *See* Ex. B at 1-4.

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



19.     I understand, based on my review of paragraph 13 of Toops Declaration, that the Plaintiffs in this case contend that Capital One ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. For several of these ▮▮▮ ▮▮▮ this is wrong. Based on my personal knowledge and my review of Capital One's records, ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* Ex. A at 3-4. Further, based on my personal knowledge and review of Capital One's records, Column 3 of Figure 4 identifies ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* Ex. A at 3-4.

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



20.

21.    Based on my personal knowledge and my review of Capital One's records, including

Exhibit B,

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████. *See*

Ex. B at 5-6.

███████████████████████████████████████████████.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

22.    Based on my personal knowledge and my review of Capital One's records, including Exhibit B, Figure 6 below shows the ████████████████████████████

████████████████████████████████████████████. *See* Ex. B at 5-6.

- 10 -

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



23. As seen in Figures 1, 2, and 3, the ████████████████ ██████████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████████████ ██████ *See* Ex. C. ████████████████████████ ███████████████████████████████████████ ████████████████████████

24. As seen in Figures 1, 2, and 3, the ████████████████ ██████████████████████ Capital One's internal records indicate that the information in this field corresponds to ██████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ████ *See* Ex. C. Capital One has internal documentation which ████████████ ████████████████████████ with Google.

25. As seen in Figures 1, 2, and 3, ████████████████ ████████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████████ ███████. *See* Ex. C. ███████████████████████,

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



26.     As seen in Figures 1, 2, and 3, the ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Capital One's internal records indicate that the information in this field corresponds to ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. *See* Ex. C. ▮▮▮▮▮▮▮

27.     As seen in Figures 1, 2, and 3, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Capital One's internal records indicate that the information in this field corresponds to ▮▮▮▮▮▮▮. *See* Ex. C. ▮▮▮▮▮▮▮

28.     As seen in Figures 1, 2, and 3, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Capital One's internal records indicate that the information in this field corresponds to ▮▮▮▮▮▮▮. *See* Ex. C. ▮▮▮▮▮▮▮

29.     As seen in Figures 1, 2, and 3, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Capital One's internal records indicate that the information in this field corresponds to ▮▮▮▮▮▮▮ *See* Ex. C.

30.     As seen in Figures 1, 2, and 3, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Capital One's internal records indicate that the information in this field corresponds to ▮▮▮▮▮▮▮. *See*

- 12 -

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



Ex. C.

31.    As seen in Figures 1, 2, and 3, ███████████████ ████████████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████████████████ ████████████████████████████. *See* Ex. C. T███████ ██████████████████████ Capital One has internal documentation which ██ ████████████████████████████████████ █████████████████████████████.

32.    As seen in Figures 1, 2, and 3, ███████████████ ███████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████████████ ████████. *See* Ex. C.

33.    As seen in Figures 1, 2, and 3, ███████████████ ███████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████████ ████████████. *See* Ex. C. ███████████████████████ █████████████████████.

34.    As seen in Figures 1, 2, and 3, ███████████████ ███████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████████████ ████████████. *See* Ex. C.

35.    As seen in Figures 1, 2, and 3, ███████████████ ███████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████████████ ████████████████ *See* Ex. C. ████████████████████ ████████████████ *See* ¶ 33.

36.    As seen in Figures 1, 2, and 3, ███████████████ ████████████████████████████████████████████

- 13 -
DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



████████████ *See* Ex. C. ████████████████████████. Capital One has internal documentation that ████████████████████████ ████████████

37.     As seen in Figures 1, 2, and 3, ████████████ ████████████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████ ████████████████████████ ████████████ *See* Ex. C. ████████ ████████████████████████ ████████████

38.     As seen in Figures 1, 2, and 3, ████████████ ████████████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████ ████████ *See* Ex. C.

39.     As seen in Figures 1, 2, and 3, ████████████ ████████████████████████ Capital One's internal records indicate that the information in this field corresponds to ████████████ ████ *See* Ex. C.

40.     As seen in Figures 1, 2, and 3, ████████████ ████████████████████████ Capital One's internal records indicate that the information in this field corresponds to a ████████████ ████████████ *See* Ex. C. ████████ ████████████████████████ ████████████

- 14 -



41. As seen in Figures 4, 5, and 6, ███████████ ████████████ Capital One's internal records indicate that the information in this field corresponds to a ██████████ ████████████ *See* Ex. D. ████

42. As seen in Figures 4, 5, and 6, ████████████ ████████ Capital One's internal records indicate that the information in these fields corresponds to: ████████████ ████████ *See* Ex. D.

43. As seen in Figures 4, 5, and 6, ████████████ ████████ Capital One's internal records indicate that the information in this field corresponds to ████████████ ████ *See* Ex. D.

44. As seen in Figures 4, 5, and 6, ████████████ ████████ Capital One's internal records indicate that the information in this field corresponds to the ████████ ████ *See* Ex. D.

45. Capital One customers may opt out of having their information shared for certain targeted advertising purposes by enabling the Global Privacy Control in their browser. ██████████ ████████████ ████████████

**Capital One's Use of Skai SFTP.**

46. Capital One's ████████████ ████████████

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK

47. Capital One ███████████████████████████████████████████████ ████████████████████████.

48. Capital One's ████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ███████████████████.

49. Capital One ███████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████████████████.

50. Capital One ████████████████████████████████████████, so Capital One may analyze its ████████████████████████████████████████. ██ ██████████████████████████████████████████ Capital One ██ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████ but Capital One does not share that information with Skai.

**Capital One's Records of** ██████████████████████████.

51. ██ ██ ████ █ ██ ██ ██ ██ ██ █ ██ █ ██ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████.

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK

52. In the course of this litigation, a Capital One employee, at my direction, exported from the █████████████████████████████████████ a random sample of ████████████████████ ████████████████████████████████ A true and correct copy of that sample is attached as Exhibit E.

53. Capital One retains ████████████████████████████████████ A true and correct copy of that ████████ is attached as Exhibit F. █████████████ ███████████████████████████████████████████████████████ ██████████████████████████████████████████████.

54. I understand, based on my review of paragraph 13 of the Toops Declaration, that the Plaintiffs in this case contend that ███████████████████████████████ ████████████████████ For several of these ████████ this is wrong. Based on my personal knowledge and my review of Capital One's records, Column 2 of Figure 7 lists ████ ███████████████████████████████████████ *See* Ex. E. Further, based on my personal knowledge and review of Capital One's records, ████████ ████████████████████████████████ *See* Ex. E.

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



55.     I understand that Capital One searched the

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK

Docusign Envelope ID: 3C7CEDE7-604A-498D-982E-2CC5ABA2E7CB

- 19 -
DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



56.    As seen in Figures 7, 8, and 9, ███████████████████ ███████████████████ Capital One's internal records indicate that the information in this field corresponds to ███████████████████ *See* Ex. F. ███████████████████ ███████████████████

57.    As seen in Figures 7, 8, and 9, ███████████████████ ███████ Capital One's internal records indicate that the information in this field corresponds to the ███████████████████ ███████████████████ *See* Ex. F.

58.    As seen in Figures 7, 8, and 9, ███████████████████ ███████████████████ Capital One's internal records indicate that the information in this field corresponds to ███████████████████ *See* Ex. F.

59.    As seen in Figures 7, 8, and 9, ███████████████████ ███████████████████ Capital One's internal records indicate that the information in this field corresponds to ███████████████████ ███████████████████ ███████

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK



60. As seen in Figures 7, 8, and 9, ███████ Capital One's internal records indicate that the information in this field corresponds to ███████ *See* Ex. F.

61. As seen in Figures 7, 8, and 9, ███████ Capital One's internal records indicate that the information in this field ███████ *See* Ex. F. ███████

62. As seen in Figures 7, 8, and 9, ███████ Capital One's internal records indicate that the information in this field corresponds ███████ *See* Ex. F.

63. As seen in Figures 7, 8, and 9, ███████ Capital One's internal records indicate that the information in this field corresponds to a ███████ *See* Ex. F.

64. As seen in Figures 7, 8, and 9, ███████ Capital One's internal records indicate that the information in this field corresponds to the ███████ *See* Ex. F. Capital One knows that these ███████

65. As seen in Figures 7, 8, and 9, ███████ Capital One's internal records indicate that the information in this field corresponds to an ███████. *See* Ex. F. ███████

66. Capital One customers may opt out of having their information shared for certain targeted

- 21 -

Docusign Envelope ID: 3C7CEDE7-604A-498D-982E-2CC5ABA3E7CB

advertising purposes.

67.

**Plaintiffs' Inaccurate Characterization of Capital One's Practices.**

68.     I understand that on page 4 of Plaintiffs' Motion, Plaintiffs cite my testimony and state "Capital One launched, over the last few years, its

Plaintiffs' suggestion that I testified that the

On pages 109 to 110 of my deposition, I testified

I further testified on pages 109-110 of my 30(b)(6) deposition that

In short, it is not true that every technology utilized by Capital One is                                     , and I explained on pages 105 and 110 of my 30(b)(6) deposition transcript that several technologies, like

DECLARATION OF DANIELLE AGER - Case No. 3:24-cv-05985-TLT-SK



69.    I understand that on pages 6-7 of their Motion, Plaintiffs state that ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ In the deposition testimony Plaintiffs cite, I am discussing Google Ads Data Hub. As I testified on page 110 of my deposition transcript and as I state in Paragraph 45 above, Google Ads Data Hub is ██████████████████████████████████ Further, as I explained in Paragraph 67, ██████████████████████████████████████

70.    On page 2 of their Motion, Plaintiffs state that Capital One "used server-to-server technologies that transmit credit card application data directly from Capital One's servers to the servers of Meta, Google, and Skai, entirely outside the web browser and invisible to consumers. These systems ████████████████████████████████████████████████████████ This statement contains several inaccuracies. ████████████████████████████████████████ Second, Google Ads Data Hub is used ██████████████████████████████ Third, between 2022 and the filing of the Complaint, Skai SFTP was not ██████████████████████████████████████████, and ████████████████████████████████████████████████████

71.    On page 12 of their motion, Plaintiffs state that their expert was able to ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Second, I understand that Plaintiffs' expert Serge Egelman purported to █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ I explained on page 77 of my 30(b)(6) deposition that I "don't know" the ███████ "with certainty." My example was meant to be illustrative only—to show that ███████████████████████████████████████████ In fact, I have referenced our ██████████████████

- 23 -

DECLARATION OF DANIELLE AGER - Case No. 3:24-CV-05985-TLT-SK

█████████████████████████████████████████

█ Thus, anyone relying on my deposition testimony to try and determine Mr. Ingraham's █████

█████████████████████████████████████████

███████████████████████████. Moreover, I understand that Dr. Egelman

did not, in fact, attempt to █████████████████████████████

█████████████████████████████████████████

██████████████████

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed March 5, 2026, in New York, New York.

Signed by:

2CB91F0FC5214C2...

Danielle Ager

- 24 -