UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY INGRAHAM, et al.,

Plaintiffs,

v.

CAPITAL ONE FINANCIAL
CORPORATION,

Defendant.

Case No. 24-cv-05985-TLT

**ORDER REGARDING BRIEFING
SCHEDULE ON PENDING MOTIONS**

Re: Dkt. Nos. 177, 180, 186, 187, 194, 197,

199, 202, 206, 215, 218, 219, 220, 223, 226,

227, 228, 230

After reviewing the parties' proposed briefing schedule at ECF 230, the Court adopts the

briefing schedule below. The parties shall indicate any further anticipated motions in their

forthcoming joint case management statement due April 2, 2026.

Furthermore, as indicated at ECF 229, by no later than April 2, 2026, the parties shall

submit joint jury instructions pertaining to the claims presented in this case.  If the Court has any

questions regarding the motions set for hearing on April 9, 2026, such questions will be provided

to the parties by no later than April 3, 2026. The parties are ordered to appear in person

| Motion | Brief | Deadline | Hearing Date |
|---|---|---|---|
| Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge<br><br>ECF 226 | Capitol One's Opposition | March 27, 2026 | April 9, 2026 |
| | Plaintiffs' Reply | April 3, 2026 | |
| Plaintiff's Motion to Augment the Record<br><br>ECF 227 | Capitol One's Response | March 17, 2026 | April 9, 2026 |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| Joint Omnibus Motion to Seal Regarding Sanctions Documents<br><br>ECF 206 | N/A | N/A | April 9, 2026 |
| Plaintiffs' Motion for Class Certification<br><br>ECF 186 | Plaintiffs' Reply | April 6, 2026 | April 21, 2026 |
| Capitol One's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3)<br><br><br>ECF 219 | Plaintiffs' Opposition | March 20, 2026 | April 21, 2026 |
| | Capitol One's Reply | March 27, 2026 | |
| Capital One's Motion to Exclude Plaintiffs' Damages Expert Pursuant to Fed. R. Evid. 702<br><br><br>ECF 223 | Plaintiffs' Opposition | March 20, 2026 | April 21, 2026 |
| | Capitol One's Reply | March 27, 2026 | |
| Plaintiffs' Motion to Exclude Any Capital One Expert Pursuant to Fed. R. Evid. 702 | Plaintiffs' Motion | March 27, 2026 | April 21, 2026 |
| | Capitol One's Opposition | April 6, 2026 | |
| | Plaintiffs' Reply | April 13, 2026 | |
| Joint Omnibus Motion to Seal Regarding Class Certification Documents | Joint Motion | April 10, 2026 | April 21, 2026 |
| | Plaintiffs' Response | April 14, 2026 | |

The parties are ordered to appear in person on April 9, 2026.

IT IS SO ORDERED.

Dated: March 17, 2026

TRINA L. THOMPSON
United States District Judge

Rev. 03172026 18 filings
FRCP 1;  08/26/2027

2

United States District Court
Northern District of California