Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7065
mverdin@cov.com

*Attorneys for Defendant Capital One Financial Corporation*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY INGRAHAM, and DEIA WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs<br><br>    v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING,<br><br>       Defendant. | Case No. 3:24-cv-05985-TLT<br><br>**JOINT STATUS REPORT ON APRIL 13, 2026 MEDIATION**<br><br>Judge: Hon. Trina L. Thompson |

Pursuant to the Court's April 7, 2026 Order, ECF No. 268, Plaintiffs Gary Ingraham and Deia Williams ("Plaintiffs") and Defendant Capital One Financial Corporation ("Capital One") (together, the "Parties") hereby provide the following joint status report as to the April 13, 2026 mediation held before the Honorable Ronald B. Leighton (Ret.).

The Parties participated in a second mediation session before Judge Leighton on April 13, 2026. The Parties were unable to reach an agreement to resolve this case, and no additional mediation date has been set.

Dated: April 17, 2026

Respectfully submitted by,

/s/ Lynn A. Toops
Lynn A. Toops (*pro hac vice*)
Natalie Lyons (Bar No. 293026)
Vess A. Miller (Bar No. 278020)
Lisa M. La Fornara (*pro hac vice*)
Emily D. Herrin (*pro hac vice*)
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
vmiller@cohenmalad.com
llafornara@cohenmalad.com
eherrin@cohenmalad.com

Lesley E. Weaver (Bar No. 191305)
Anne K. Davis (Bar No. 267909)
STRANCH, JENNINGS & GARVEY, PLLC
1111 Broadway, Suite 300
Oakland, CA 94607
(341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com

J. Gerard Stranch, IV (*pro hac vice*)
Kyle M. Mallinak (*pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200

/s/ Kathrn E. Cahoy
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7065
mverdin@cov.com

Andrew Soukup (*pro hac vice*)
Nicholas Evoy (*pro hac vice*)
Marianne Spencer (*pro hac vice*)
Jeffrey Huberman (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5066
asoukup@cov.com
nevoy@cov.com
mspencer@cov.com
jhuberman@cov.com

Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
kmallinak@stranchlaw.com

Samuel J. Strauss (*pro hac vice forthcoming*)
Brittany N. Resch (*pro hac vice*)
Andrew Gerald Gunem (*pro hac vice*)
STRAUSS BORRELLI, PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
bresch@straussborrelli.com
agunem@straussborrelli.com

*Counsel for Defendant Capital One Financial Corporation*

*Counsel for Plaintiffs and the Proposed Classes*

JOINT STATUS REPORT ON APRIL 13, 2026 MEDIATION – Case No. 3:24-CV-05985-TLT

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Kathryn E. Cahoy, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  April 17, 2026                                    By: */s/ Kathryn E. Cahoy*
                                                              Kathryn E. Cahoy

JOINT STATUS REPORT ON APRIL 13, 2026 MEDIATION – Case No. 3:24-CV-05985-TLT