UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY INGRAHAM, et al.,

Plaintiffs,

v.

CAPITAL ONE FINANCIAL
CORPORATION,

Defendant.

Case No.  24-cv-05985-TLT

**ORDER REGARDING SEALING MOTIONS**

Re: Dkt. Nos. 177, 180, 187, 194, 197, 199, 202, 206, 215, 218, 220, 228, 237, 239, 241, 244, 245, 247, 249, 251, 253, 257, 259, 262, 263, 265, 267, 270, 272, 276, 278, 282, 293

Before the Court is Capital One's Consolidated Joint Omnibus Motion to Seal in Connection with Plaintiffs' Motion for Class Certification and the exhibits appended to the motion; Capital One's Opposition to Plaintiffs' Motion for Class Certification, Capital One's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(h)(3), and Capital One's Motion to Exclude Plaintiffs' Expert Eric Krause and the exhibits appended thereto ("Capital One's Opposition to Plaintiffs' Motion for Class Certification, et al."); Plaintiffs' Reply in Support of Motion for Class Certification and the exhibits appended thereto; Plaintiffs' Opposition to Capital One's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(h)(3) ("Plaintiffs' Opposition to Capital One's Motion to Dismiss"); Capital One's Reply in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3) and the exhibits appended thereto ("Capital One's Reply in Support of Motion to Dismiss"); Plaintiffs' Opposition to Capital One's Motion to Exclude Plaintiffs' Expert Eric Krause and the exhibits appended thereto ("Plaintiffs' Opposition to Capital One's Motion to Exclude"); Capital One's Reply in Support of Motion to Exclude Plaintiffs' Expert Eric Krause ("Capital One's Reply in Support of Motion to Exclude"); Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge and Plaintiffs' Administrative Motion to Augment the Record

and exhibits appended thereto ("Plaintiffs' Motion for De Novo Determination" and "Plaintiffs' Motion to Augment") ("Joint Omnibus Motion to Seal"); Plaintiffs' Motion for Sanctions and exhibits appended thereto ("Plaintiffs' Motion for Sanctions"); Capital One's Opposition to Plaintiffs' Motion for Sanctions and exhibits appended thereto; Plaintiffs' Reply in Further Support of Motion for Sanctions and exhibits appended thereto.

## I.    LEGAL STANDARD

Generally, a party seeking to file document under seal for a "discovery motion unrelated to the merits of the case" need only demonstrate "good cause to seal." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). However, where the "requested relief would . . . restrict the evidence [a party] could present at trial" courts have found that the motion is "more than tangentially related to the merits of [a] case." *Aero v. Boeing Co.*, 2024 WL 357787, at *2 (W.D. Wash. Jan. 31, 2024); *Tan v. Konnektive Rewards, LLC*, 2023 WL 2336893, at *3 (S.D. Cal. Mar. 2, 2023).

Courts have recognized a "general right to inspect and copy public records and documents, including judicial records." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978). "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point." *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). To overcome this strong presumption, a party seeking to seal a judicial record must articulate "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Id*. at 1178-79 (internal quotation marks and citations omitted). "In general, 'compelling reasons' . . . exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id*. at 1179 (citing *Nixon*, 435 U.S. at 598). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id*. (citing *Foltz*, 331 F.3d at 1136).

Finally, request to seal satisfies compelling reasons standard where those requests are

"narrowly tailored" to protect those interests that need safeguarding. *Contra Hussain v. Burger King Corp.*, 2023 WL 2940032, at \*2 (N.D. Cal. Mar. 15, 2023)

## II.    DISCUSSION

As a preliminary matter, Plaintiffs' motion for sanctions relates to a question central to Plaintiffs' theory of liability underlying the case. ECF 201 at 1 (discussing whether Capital One was required to disclose discovery related to the transmission of data through browser-based trackers *and* server-to-server technologies).  Plaintiffs contend that the transition of data through server-to-server technologies is central to their claims, thus the Court's ruling on Plaintiffs' request for sanctions (and request for de novo review of Judge Kim's Sanctions Order) will shape the scope of evidence Plaintiffs could present at trial.  This motion, thus, is more than tangentially related to the merits of the case. Accordingly, the Court finds that the "compelling reasons" standard governs the Capital One's sealing requests at ECF 293.

"Both the Ninth Circuit and this Court have held that material that has been publicly disclosed cannot be protected." *In re Google Inc. Gmail Litig.*, No. 13-md-02430, 2014 WL 10537440, at \*5 (N.D. Cal. Aug. 6, 2014); *See In re Elec. Arts, Inc.,* 298 Fed.Appx. 568, 570 (9th Cir.2008) ("Once paragraph 6 of Trial Exhibit 80 is released to the public, EA will be irreparably damaged in a way not correctable on appeal."); *Apple, Inc. v. Samsung Electronics Co., Ltd.,* No. 11–1846, 2012 WL 4936595 (N.D.Cal. Oct. 17, 2012) ("When the information is publicly filed, what once may have been trade secret no longer will be.").

Recognizing this, district courts have been skeptical of motions to seal information disclosed at hearings open to the public. *TriQuint Semiconductor, Inc. v. Avago Technologies Ltd.,* No. 09–1531, 2012 WL 1432519, at \*3–8 (D.Ariz. Apr. 25, 2012) (concluding after a detailed analysis that ex post facto sealing would not be appropriate and noting that "it cannot be said that the parties are seeking to retain the secrecy of any of the information disclosed in the transcripts, for this information has already entered the public domain. There is thus an inherent logical dilemma underlying the parties' requests because information that has already entered the public domain cannot in any meaningful way be later removed from the public domain."); *Pfizer, Inc. v. Teva Pharm. USA, Inc.*, No. 08–1331, 2010 WL 2710566, at \*4 (D.N.J. July 7, 2010) ("Once a hearing is conducted in open court, information placed on the record is just that: information that is *on the record*. Ex-post facto sealing should not generally be permitted" (internal citations

omitted; emphasis in original)).

The parties did not request closure of the courtroom. Thus, information that Capital One disclosed during the public hearing on April 21, 2026, should not be filed under seal. Moreover, this case involves significant public events and a significant number of potential class members. ECF 187-1. Given the potential scope of the class, the Court is skeptical to grant the sealing requests where the redactions may "interfere with the right of class members to make an informed decision about whether to object or opt out." *Hunt v. VEP Healthcare*, 2017 WL 3608297, at *1 n.1 (N.D. Cal. Aug. 22, 2017). Moreover, "the interest in access to court proceedings in general may be asserted more forcefully when the litigation involves matters of significant public concern." *Cohen v. Trump*, 2016 WL 3036302, at *6 (S.D. Cal. May 27, 2016) (internal quotation marks omitted). It is heightened when there is a "plethora [of] public scrutiny." *Apple, Inc. v. Samsung Elec*. Co. Ltd., 2012 WL 4936595, at *2 (N.D. Cal. Oct. 17, 2012).

In a case against Meta involving the Meta Pixel, the Court found "no justification, much less a compelling one, to continue to seal the names of systems, categories of data tracked and processed, and general details about how those systems operate, including the number of tools or filters used" because "this information is key for the public to understand" the case. *In re Meta Pixel Healthcare Litig*., Case No. 3:22-cv-3580, ECF No. 1176-2 at 12 (emphasis added).

The parties' joint filing at ECF 293 reveals significant consensus with respect to which information and documents should be filed under seal. Plaintiffs acknowledges "that Capital One's efforts fully address their prior concern that the pleadings were so redacted that a putative class member could not reasonably comprehend the litigation." ECF 293 at 16. Plaintiffs, however, oppose Capital One's motion to seal with respect to certain requests for failure to satisfy the compelling reason standard. Plaintiffs, for example, oppose Capital One's motion to seal the entirety of Exhibits 1, 4, 8 to Plaintiffs' Motion for Class Certification, and quotations to those exhibits in Plaintiffs' Motion for Class Certification at 1, 2, 6. ECF 302 at 1. Plaintiffs argue Capital One must do more than "merely stat[e] that certain information is part of its marketing strategies," but must "explain why those marketing strategies cannot be disclosed." *Id.* at 1–2 (citing *In re Apple Inc. Device Performance Litig.*, No. 18-md-02827, 2019 WL 1767158, at *2 (N.D. Cal. Apr. 22, 2019). However, Capital One does make such an argument. *See* ECF 293-1,

4

United States District Court
Northern District of California

Declaration of Clair Viglione  ("Viglione Decl") ¶ 13 ("Competitors could use this information to discern and potentially replicate Capital One's marketing strategies, technical implementations, and competitive priorities, resulting in competitive harm.") *see also Blockchain Innovation, LLC v. Franklin Res., Inc.*, No. 21-cv-08787, 2024 WL 4394758, at *2 (N.D. Cal. Oct. 3, 2024) ("Courts in this district have routinely sealed documents that contain trade secret information and confidential or proprietary information that may cause competitive harm if disclosed.").

Plaintiffs also oppose Capital One's request to redact portions of the Declaration of Lynn Toops in Support of Plaintiffs' Motion for Class Certification arguing that Capital One's fail to explain what compelling reason justifies the sealing of the categories of data that was transmitted. *Id.* at 2.  Again, Capital One's provide a reason. Capital One argues that communications regarding "certain associated data transmissions" could "provide insight into the configuration of Capital One's online platforms (which could create security risks), and reveal strategic considerations underlying the operation of Capital One's website."  Viglione Decl. ¶ 44.

The Court finds that Capital One has provided reasons sufficient to justify their requests at ECF 293.

### III.    CONCLUSION

For the reasons stated above, and, and compelling reasons having been shown, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006), the Court **ORDERS** as follows:

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| **Plaintiffs' Motion for Class Certification** | | | | | |
| Dkt. No. 186 (Dkt. No. 187-1) | Plaintiffs' Motion for Class Certification[1] | Capital One | Green highlighted portions on: - page 2, lines 3, 4, 19 | Viglione Declaration | GRANTED |

---

[1] Capital One has filed a new version of this document along with the joint motion to seal. The orange highlighting indicates portions that Plaintiffs sought to seal but which Capital One does not seek to seal.

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | - page 4, lines 2-4, 27-28<br>- page 5, lines 1-2, 20<br>- page 6, line 22 | | |
| | | Meta | Green highlighted portions on:<br>- page 12, lines 6-7 | McCloskey Declaration | GRANTED |
| Dkt No. 186-1 (Dkt. No. 187-2) | Declaration of Lynn A. Toops | Capital One | Green highlighted portions on:<br>- page 8, lines 25-28<br>- page 9, lines 1-9, 19-26<br>- page 10, lines 1-14, 18-27<br>- page 11, lines 1-3 | Viglione Declaration | GRANTED |
| Dkt No. 186-2 (Dkt. No. 187-3) | Exhibit 1 (Capital One's confidential business materials, produced at CAPONE-SHAH-00030275) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-3 (Dkt. No. 187-4) | Exhibit 2 (Excerpts from the Deposition Transcript of Fiorella Trowbridge (in her individual capacity)) | Capital One | Green highlighted portions on:<br>- page 31, line 1<br>- page 46, lines 6, 9, 14-15, 18-22<br>- page 59, lines 14-17, 25<br>- page 62, lines 12, 24<br>- page 63, line 2<br>- page 64, lines 5, 8, 10, 16, 21<br>- page 65, lines 3, 14-15<br>- page 66, lines 15, 17, 25<br>- page 67, line 2<br>- page 68, line 1, 13, 19-20, 25 | Viglione Declaration | GRANTED |

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | - page 69, lines 2, 5, 7, 9, 11, 14<br>- page 70, lines 21-25<br>- page 71, lines 11-12, 14-15, 18-19<br>- page 75, lines 3, 8, 13<br>- page 100, lines 14, 24<br>- page 101, line 8<br>- page 103, line 3<br>- page 132, line 1<br>- page 141, lines 10-13, 20, 24-25<br>- page 142, line 13<br>- page 144, lines 2-3<br>- page 159, lines 1, 3<br>- page 210, line 23<br>- page 211, lines 1, 5, 8, 10, 11-13, 16, 19-23<br>- page 212, lines 4, 11, 14, 17, 24<br>- page 226, lines 2, 8-19, 23<br>- page 228, lines 5-7, 9, 11-15, 21-23 | | |
| Dkt No. 186-4 (Dkt. No. 187-5) | Exhibit 3 (Excerpts from the Deposition of Joseph Willingham (in his individual capacity)) | Capital One | Green highlighted portions on:<br>- page 44, lines 1-4, 7, 9, 11-13, 16-18, 20 | Viglione Declaration | GRANTED |
| Dkt No. 186-5 (Dkt. No. 187-6) | Exhibit 4 (Capital One's confidential business materials, produced at CAPONE-SHAH-00038549) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-6 (Dkt. No. 187-7) | Exhibit 5 (Excerpts from the Deposition of Melissa Wing (in | Capital One | Green highlighted portions on:<br>- page 103, lines 9- | Viglione Declaration | GRANTED |

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | her corporate capacity)) | | 15<br>- page 155, lines 3, 9-11, 18, 24<br>- page 157, lines 1, 5, 7-8, 13, 14-17, 20-25 | | |
| Dkt No. 186-7 (Dkt. No. 187-8) | Exhibit 6 (Capital One's confidential business materials, produced at CAPONE-SHAH-00038535) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-8 (Dkt. No. 187-9) | Exhibit 7 (Capital One's confidential business materials, produced at CAPONE-SHAH-00036415) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-9 (Dkt. No. 187-10) | Exhibit 8 (Capital One's confidential business materials, produced at CAPONE-SHAH-00028741) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-10 (Dkt. No. 187-11) | Exhibit 9 (Excerpts from the Deposition of Connor Boles (in his individual capacity)) | Capital One | Green highlighted portions on:<br>- page 21, lines 5-11, 24-25<br>- page 22, lines 1-22 | Viglione Declaration | GRANTED |
| Dkt No. 186-11 (Dkt. No. 187-12) | Exhibit 10 (Excerpts from the Deposition of Danielle Ager (in her corporate capacity)) | Capital One | Green highlighted portions on:<br>- page 4, lines 19-20<br>- page 74, lines 2-3, 6-10, 12, 15-17, 19-22<br>- page 80, line 24<br>- page 94, lines 4-7<br>- page 97, lines 3, 6<br>- errata page 1, row 1 | Viglione Declaration | GRANTED |
| Dkt No. 186-12 | Exhibit 11 (Capital One's confidential | Capital One | Fully under seal | Viglione Declaration | GRANTED |

8

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| (Dkt. No. 187-13) | business materials, produced at CAPONE-SHAH-00038453) | | | | |
| Dkt No. 186-13 (Dkt. No. 187-14) | Exhibit 12 (Capital One's confidential business materials, produced at CAPONE-SHAH-00037747) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-14 (Dkt. No. 187-15) | Exhibit 13 (Report of Plaintiffs' Expert Dr. Serge Egelman) | Capital One | Green highlighted portions within: <br> - ¶ 175 <br> - ¶ 176 <br> - ¶ 181 <br> - ¶ 189 <br> - ¶ 191 <br> - ¶ 192 <br> - ¶ 194 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions within: <br> - ¶ 194 | | GRANTED |
| Dkt No. 186-15 (Dkt. No. 187-16) | Exhibit 14 (Capital One's confidential business materials, produced at CAPONE-SHAH-00035360) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-16 (Dkt. No. 187-17) | Exhibit 15 (Excerpts from the Deposition of Nate Morawetz (in his corporate capacity)) | Capital One | Green highlighted portions on: <br> - page 43, line 16 <br> - page 67, line 4 <br> - page 75, lines 3-9, 12 <br> - page 103, lines 10-12, 17-19, 23 <br> - page 217, lines 2-5, 8-12, 15, 21-25 <br> - page 218, lines 1-14, 16-20, 25 <br> - page 219, lines 1-11, 18-19, 21-22 <br> - errata page 1, rows 1, 15 | Viglione Declaration | GRANTED |

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| Dkt No. 186-18 (Dkt. No. 187-19) | Exhibit 17 (Capital One's confidential information about data transmissions, produced at CAPONE-SHAH-00040770) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-19 (Dkt. No. 187-20) | Exhibit 18 (Capital One's confidential communications among employees about non-public business strategies, produced at CAPONE-SHAH-00015833) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-21 (Dkt. No. 187-22) | Exhibit 20 (Capital One's confidential contract with third-party technology provider, produced at CAPONE-SHAH-00022713) | Capital One | Green highlighted portions on: <br> - pages 1-76 | Viglione Declaration | GRANTED |
| Dkt No. 186-22 (Dkt. No. 187-23) | Exhibit 21 (Supplemental Declaration of Plaintiffs' Expert Dr. Serge Egelman) | Capital One | Green highlighted portions within: <br> - ¶ 5 <br> - ¶ 6 <br> - ¶ 14 <br> - ¶ 17 <br> - ¶ 18 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions within: <br> - ¶ 8 | | GRANTED |
| | | Meta | Blue highlighted portions within: <br> - ¶ 17 <br> - ¶ 18 | | GRANTED |
| Dkt No. 186-23 (Dkt. No. 187-24) | Exhibit 22 (Excerpts from the Deposition of Danielle Ager (in her corporate capacity)) | Capital One | Green highlighted portions on <br> - page 16, lines 13-17, 20, 25 <br> - page 17, lines 19-20, 22 <br> - errata page 1, row | Viglione Declaration | GRANTED |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | 4 | | |
| Dkt No. 186-24 (Dkt. No. 187-25) | Exhibit 23 (Excerpts from the Deposition of Fiorella Trowbridge (in her corporate capacity)) | Capital One | Green highlighted portions on<br>- page 65, line 8<br>- page 68, line 25<br>- page 69, lines 1-4, 14-19<br>- page 70, lines 1, 11-12<br>- page 74, lines 1, 23-25<br>- page 75, line 1<br>- page 97, lines 8, 11<br>- page 107, lines 5, 16<br>- page 117, lines 1-8, 20-24<br>- page 130, lines 1-5, 9-13, 25<br>- errata page 1, row 12 | Viglione Declaration | GRANTED |
| Dkt No. 186-25 (Dkt. No. 187-26) | Exhibit 24 (Capital One's confidential communications among employees about non-public business strategies, produced at CAPONE-SHAH-00015020) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-26 (Dkt. No. 187-27) | Exhibit 25 (Capital One's confidential business materials describing use of third-party technology, produced at CAPONE-SHAH-00034968) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-28 (Dkt. No. 187-29) | Exhibit 27 (Capital One's confidential sample data, produced at CAPONE-SHAH- | Capital One | Fully under seal | Viglione Declaration | GRANTED |

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | 00040800) | | | | |
| Dkt No. 186-29 (Dkt. No. 187-30) | Exhibit 28 (Capital One's confidential sample data, produced at CAPONE-SHAH-00038434) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-30 (Dkt. No. 187-31) | Exhibit 29 (Capital One's confidential sample data, produced at CAPONE-SHAH-00038437) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-31 (Dkt. No. 187-32) | Exhibit 30 (Capital One's confidential third-party data dictionary, produced at CAPONE-SHAH-00040796) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-33 (Dkt. No. 187-34) | Exhibit 32 (Capital One's confidential data shares, produced at CAPONE-SHAH-00037834) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-34 (Dkt. No. 187-35) | Exhibit 33 (Plaintiffs' data captured by third-party technology, produced at CAPONE-SHAH-00038420) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-35 (Dkt. No. 187-36) | Exhibit 34 (Capital One's confidential information about data transmissions, produced at CAPONE-SHAH-00040147) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-36 (Dkt. No. 187-37) | Exhibit 35 (Plaintiffs' personal and application information, produced at CAPONE-SHAH-00037119) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| Dkt No. 186-37 (Dkt. No. 187-38) | Exhibit 36 (Plaintiffs' personal and application information, produced at CAPONE-SHAH-00037211) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt No. 186-38 (Dkt. No. 187-39) | Exhibit 37 (Plaintiffs' personal and application information, produced at CAPONE-SHAH-00037160) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt No. 186-39 (Dkt. No. 187-40) | Exhibit 38 (Plaintiffs' personal and application information, produced at CAPONE-SHAH-00037096) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt No. 186-40 (Dkt. No. 187-41) | Exhibit 39 (Plaintiffs' personal and application information, produced at CAPONE-SHAH-00037119) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt No. 186-41 (Dkt. No. 187-42) | Exhibit 40 (Plaintiffs' personal and application information, produced at CAPONE-SHAH-00037080) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt No. 186-42 (Dkt. No. 187-43) | Exhibit 41 (Plaintiffs' personal and application information, produced at CAPONE-SHAH-00037111) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: | | GRANTED |

13

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | - page 1 | | |
| Dkt No. 186-45 (Dkt. No. 187-44) | Exhibit 44 (Data transmitted via Capital One's internal clickstream providers, produced at CAPONE-SHAH-00038814) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-46 (Dkt. No. 187-45) | Exhibit 45 (Data transmitted via Capital One's internal clickstream providers, produced at CAPONE-SHAH-00040148) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-47 (Dkt. No. 187-46) | Exhibit 46 (Data transmitted via third-party technology, produced at CAPONE-SHAH-00040798) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-56 (Dkt. No. 187-49) | Exhibit 55 (Data transmitted via third-party technology, produced at PIXEL_CAPITALONE_000000002) | Meta | Fully under seal | McCloskey Declaration | GRANTED |
| Dkt No. 186-57 (Dkt. No. 187-50) | Exhibit 56 (Data transmitted via third-party technology, produced at PIXEL_CAPITALONE_000000003) | Meta | Fully under seal | McCloskey Declaration | GRANTED |
| Dkt No. 186-58 (Dkt. No. 187-51) | Exhibit 57 (Data transmitted via third-party technology, produced at CAPONE-SHAH-00040801) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-59 (Dkt. No. 187-52) | Exhibit 58 (Plaintiffs' data transmitted via third-party technology, produced at CAPONE-SHAH- | Capital One | Fully under seal | Viglione Declaration | GRANTED |

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | 00040788) | | | | |
| Dkt No. 186-60 (Dkt. No. 187-53) | Exhibit 59 (Report of Plaintiffs' Expert Eric Krause) | Capital One | Green highlighted portions within: - ¶ 17 - ¶ 19 - ¶ 24 - ¶ 33 - ¶ 34 - ¶ 48 - ¶ 83 - ¶ 84 - ¶ 122 - ¶ 145 | Viglione Declaration | GRANTED |
| Dkt No. 186-63 (Dkt. No. 187-56) | Exhibit 62 (Capital One's confidential materials regarding third-party technology approvals, produced at CAPONE-SHAH-00038449) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 197-6 (Dkt. No. 197-5)[2] | Exhibit 63 (Excerpts from Capital One's Amended Second Supplemental Response to Plaintiffs' Fifth Set of Interrogatories) | Capital One | Green highlighted portions on: - page 9, lines 21-22, 25 - page 10, line 2, 9, 20-22 - page 11, lines 2-6, 11-23, 16, 20-21 - page 12, line 1, line 6 | Viglione Declaration | GRANTED |
| Dkt No. 186-66 (Dkt. No. 187-57) | Exhibit 65 (Plaintiff Ingraham's Sixth Supplemental Responses to Defendant Capital One's First Set of Interrogatories) | Capital One | Green highlighted portions on (PDF page numbers): - page 23, lines 7, 9, 11, 14-15, 24-26 - pages 38-59 | Viglione Declaration | GRANTED |
| Dkt No. 186-67 | Exhibit 66 (Plaintiff Williams' Sixth | Capital One | Green highlighted portions on (PDF | Viglione Declaration | GRANTED |

[2] Plaintiffs initially filed this document publicly at Dkt. No. 186-64, but Plaintiffs had the document promptly locked at Capital One's request.  This is a citation to the corrected filing of the redacted and under seal versions of Exhibit 63.

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| (Dkt. No. 187-58) | Supplemental Responses to Defendant Capital One's First Set of Interrogatories) | | page numbers):<br>- page 22, lines 15, 17, 19, 22-23<br>- page 23, lines 4-6<br>- pages 39-52 | | |
| Dkt No. 186-68 (Dkt. No. 187-59) | Exhibit 67 (Capital One's confidential third-party data dictionary, produced at CAPONE-SHAH-00040793) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt No. 186-69 (Dkt. No. 187-60) | Exhibit 68 (Capital One's confidential third-party data dictionary, produced at CAPONE-SHAH-00040795) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| **Capital One's Opposition to Plaintiffs' Motion for Class Certification, Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(h)(3), and Motion to Exclude Plaintiffs' Expert Eric Krause** | | | | | |
| Dkt. No. 219 (Dkt. No. 220-1) | Capital One's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3) | Capital One | Green highlighted portions on:<br>- page 7, lines 14-15<br>- page 20, lines 21-22 | Viglione Declaration | GRANTED |
| Dkt. No. 214-2 (Dkt. No. 215-3) | Soukup Decl., Ex. 1 (Excerpts from the Deposition of Danielle Ager (in her corporate capacity)) | Capital One | Green highlighted portions on:<br>- page 94, lines 5-6<br>- page 95, line 24<br>- page 97, lines 3, 6 | Viglione Declaration | GRANTED |
| Dkt. No. 214-3 (Dkt. No. 215-4) | Soukup Decl., Ex. 2 (Excerpts from the Deposition of Plaintiffs' Expert Serge Egelman) | Capital One | Green highlighted portions on:<br>- page 255, lines 10-12<br>- page 273, lines 7-8, 10-12, 18-19, 21, 25 | Viglione Declaration | GRANTED |
| Dkt. No. 214-6 (Dkt. No. 215-7) | Soukup Decl., Ex. 5 (Excerpts from the Deposition of Nate Morawetz (in his corporate capacity)) | Capital One | Green highlighted portions on:<br>- page 38, lines 10-11<br>- page 67, line 4 | Viglione Declaration | GRANTED |

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | - page 74, lines 16, 21-25<br>- page 75, lines 3-6, 8-9, 11-12<br>- page 76, lines 12-13, 18, 23<br>- page 219, lines 4-11, 18-19, 21-22, 24-25<br>- page 220, lines 2-5, 11, 13, 15, 20-25<br>- page 221, lines 1-2, 6 | | |
| Dkt. No. 214-7 (Dkt. No. 215-8) | Soukup Decl., Ex. 6 (Excerpts from the Deposition of Fiorella Trowbridge (in her personal capacity)) | Capital One | Green highlighted portions on:<br>- page 61, line 17<br>- page 62, lines 12, 24<br>- page 63, lines 2, 19<br>- page 84, lines 1, 9<br>- page 86, lines 11-13<br>- page 87, line 16<br>- page 94, lines 3-4, 6-7, 11<br>- page 100, lines 14, 24<br>- page 101, line 8<br>- page 103, line 3<br>- page 132, line 1<br>- page 133, lines 18-21<br>- page 134, line 25<br>- page 135, line 1<br>- page 141, lines 10-12, 20, 24<br>- page 142, line 13<br>- page 158, lines 24-25<br>- page 159, lines 1, 3<br>- page 162, line 1<br>- page 165, line 6 | Viglione Declaration | GRANTED |

United States District Court<br>Northern District of California

17

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | - page 166, line 3 - page 167, lines 5-7 - page 173, lines 14-15 - page 229, lines 3, 7-8 - page 238, line 9 | | |
| Dkt. No. 214-8 (Dkt. No. 215-9) | Soukup Decl., Ex. 7 (Excerpts from the Deposition of Fiorella Trowbridge (in her corporate capacity)) | Capital One | Green highlighted portions on: - page 70, lines 1, 11-12 | Viglione Declaration | GRANTED |
| Dkt. No. 214-10 (Dkt. No. 215-11) | Soukup Decl., Ex. 9 (Excerpts from the Deposition of Joseph Willingham (in his personal capacity)) | Capital One | Green highlighted portions on: - page 17, line 25 - page 18, lines 12, 17 - page 19, line 21 | Viglione Declaration | GRANTED |
| Dkt. No. 214-11 (Dkt. No. 215-12) | Soukup Decl., Ex. 10 (Excerpts from the Deposition of Melissa Wing (in her corporate capacity)) | Capital One | Green highlighted portions on: - page 69, lines 6-10, 12-16 - page 70, lines 14-18 - page 101, lines 16-25 - page 102, lines 1-4 - page 103, lines 1-2 - page 206, lines 14-15, 25 - page 207, lines 1, 6-8 - page 208, lines 13-17 - page 211, lines 14-15 | Viglione Declaration | GRANTED |
| Dkt. No. 214-12 (Dkt. No. 215-13) | Soukup Decl., Ex. 11 (Report of Capital One's Expert Lorin Hitt) | Capital One | Green highlighted portions on: - page 14 - page 17 - pages 34-37 | Viglione Declaration | GRANTED |

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | - pages 47-49<br>- page 53<br>- page 61 | | |
| Dkt. No. 214-13 (Dkt. No. 215-14) | Soukup Decl., Ex. 12 (Report of Capital One's Expert Rebecca Kirk Fair) | Capital One | Green highlighted portions on:<br>- ¶ 9 | Viglione Declaration | GRANTED |
| Dkt. No. 214-14 (Dkt. No. 215-15) | Soukup Decl., Ex. 13 (Report of Capital One's Expert Kinshuk Jerath) | Capital One | Green highlighted portions on:<br>- pages 26-27<br>- pages 29-30 | Viglione Declaration | GRANTED |
| Dkt. No. 214-15 (Dkt. No. 215-16) | Soukup Decl., Ex. 14 (Report of Capital One's Expert Ron Schnell) | Capital One | Green highlighted portions on:<br>- page 16<br>- page 27<br>- page 30<br>- pages 32-33<br>- page 38-43<br>- page 47-49<br>- pages 51-53<br>- page 57<br>- page 59<br>- pages 61-62<br>- page 72<br>- page 77<br>- pages 79-80 | Viglione Declaration | GRANTED |
| Dkt. No. 214-16 (Dkt. No. 215-17) | Soukup Decl., Ex. 15 (Supplemental Declaration of Capital One's Expert Ron Schnell) | Capital One | Green highlighted portions on:<br>- pages 7-13<br>- pages 15-21 | Viglione Declaration | GRANTED |
| Dkt. No. 214-17 (Dkt. No. 215-18) | Soukup Decl., Ex. 16 (Plaintiff Ingraham's data, produced at CAPONE-SHAH-00037080) | Capital One | Green highlighted portions on:<br>- page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on:<br>- page 1 | | GRANTED |
| Dkt. No. 214-18 (Dkt. No. 215-19) | Soukup Decl., Ex. 17 (Plaintiff Ingraham's data, produced at CAPONE-SHAH-00037096) | Capital One | Green highlighted portions on:<br>- page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on:<br>- page 1 | | GRANTED |
| Dkt. No. | Soukup Decl., Ex. 18 | Capital One | Green highlighted | Viglione | GRANTED |

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| 214-19 (Dkt. No. 215-20) | (Plaintiff Ingraham's data, produced at CAPONE-SHAH-00037099) | | portions on: - page 1 | Declaration | |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt. No. 214-20 (Dkt. No. 215-21) | Soukup Decl., Ex. 19 (Plaintiff Ingraham's data, produced at CAPONE-SHAH-00037111) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt. No. 214-21 (Dkt. No. 215-22) | Soukup Decl., Ex. 20 (Plaintiff Williams' data, produced at CAPONE-SHAH-00037119) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt. No. 214-22 (Dkt. No. 215-23) | Soukup Decl., Ex. 21 (Plaintiff Williams' data, produced at CAPONE-SHAH-00037160) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt. No. 214-23 (Dkt. No. 215-24) | Soukup Decl., Ex. 22 (Plaintiff Williams' data, produced at CAPONE-SHAH-00037167) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt. No. 214-24 (Dkt. No. 215-25) | Soukup Decl., Ex. 23 (Plaintiff Williams' data, produced at CAPONE-SHAH-00037211) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt. No. 214-25 (Dkt. No. 215-26) | Soukup Decl., Ex. 24 (Plaintiff Ingraham's data, produced at CAPONE-SHAH-00040780) | Capital One | Green highlighted portions on: - page 1 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange highlighted portions on: - page 1 | | GRANTED |
| Dkt. No. 214-41 (Dkt. No. | Soukup Decl., Ex. 40 (Former Plaintiff Shah's data, produced | Meta | Fully under seal | McCloskey Declaration | GRANTED |

20

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| 215-28) | at PIXEL_CAPITALONE_000000001) | | | | |
| Dkt. No. 214-42 (Dkt. No. 215-29) | Soukup Decl., Ex. 41 (Plaintiff Ingraham's Second Amended Requests for Admission) | Capital One | Green highlighted portions on: <br> - page 43, lines 18-20 <br> - page 44, lines 1, 5-7, 10-11, 13, 15-19 <br> - page 46, lines 1-3, 9, 13-145, 18-19, 21, 23 <br> - page 47, lines 1-3 | Viglione Declaration | GRANTED |
| Dkt. No. 214-43 (Dkt. No. 215-30) | Soukup Decl., Ex. 42 (Plaintiff Williams' Amended Requests for Admission) | Capital One | Green highlighted portions on: <br> - page 38, lines 4, 9-10 | Viglione Declaration | GRANTED |
| Dkt. No. 214-46 (Dkt. No. 215-31) | Declaration of Danielle Ager | Capital One | Green highlighted portions on: <br> - pages 2-21 <br> - pages 23-24 | Viglione Declaration | GRANTED |
| Dkt. No. 214-47 (Dkt. No. 215-32) | Ager Decl., Ex. A (Data transmissions to third party, produced at CAPONE-SHAH-00040799) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-48 (Dkt. No. 215-33) | Ager Decl., Ex. B (Plaintiffs' data transmissions to third party, produced at CAPONE-SHAH-00040798) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-49 (Dkt. No. 215-34) | Ager Decl., Ex. C (Capital One's confidential third-party data dictionary, produced at CAPONE-SHAH-00040793-94) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-50 | Ager Decl., Ex. D (Capital One's | Capital One | Fully under seal | Viglione Declaration | GRANTED |

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| (Dkt. No. 215-35) | confidential third-party data dictionary, produced at CAPONE-SHAH-00040795) | | | | |
| Dkt. No. 214-51 (Dkt. No. 215-36) | Ager Decl., Ex. E (Capital One's confidential sample data, produced at CAPONE-SHAH-00040800) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-52 (Dkt. No. 215-37) | Ager Decl., Ex. F (Capital One's confidential third-party data dictionary, produced at CAPONE-SHAH-00040796) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-53 (Dkt. No. 215-38) | Declaration of Nate Morawetz | Capital One | Green highlighted portions on: - page 2, lines 8-10, 13-15, 18, 21 - page 3, lines 11-28 - page 4, lines 2, 5, 6-7 - page 5, lines 3-28 - page 6, lines 5-14, 19-27 - page 7, lines 3-4, 22, 28 - page 8, lines 5, 13, 21, 27 - page 9, lines 2-3, 5, 7, 13, 18 - page 10, lines 5-7, 22-24, 27 - page 11, lines 2-3, 6-13 | Viglione Declaration | GRANTED |
| Dkt. No. 214-54 (Dkt. No. 215-39) | Morawetz Decl., Ex. A (Capital One's confidential materials regarding third-party technology approvals, | Capital One | Fully under seal | Viglione Declaration | GRANTED |

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | produced at CAPONE-SHAH-00038449) | | | | |
| Dkt. No. 214-55 (Dkt. No. 215-40) | Morawetz Decl., Ex. B (Capital One's confidential sample data, produced at CAPONE-SHAH-00038434) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-56 (Dkt. No. 215-41) | Morawetz Decl., Ex. C (Capital One's confidential third-party data dictionary, produced at CAPONE-SHAH-00038827) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-57 (Dkt. No. 215-42) | Morawetz Decl., Ex. D (Plaintiffs' data transmissions to third party, produced at CAPONE-SHAH-00040827) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-58 (Dkt. No. 215-43) | Morawetz Decl., Ex. E (Plaintiffs' data transmissions to third party, produced at CAPONE-SHAH-00040801) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-59 (Dkt. No. 215-44) | Declaration of Fiorella Trowbridge | Capital One | Green highlighted portions on: <br> - page 3, lines 10-11, 16, 24-25 <br> - page 4, lines 1-2, 9-28 <br> - page 5, lines 1-10, 18-19, 21-24 <br> - page 6, lines 12-23 <br> - page 7, lines 6-26 <br> - page 8, lines 5-24 <br> - page 9, lines 2-15, 20, 22, 26-27 <br> - page 10, lines 3, 5-6, 9, 11, 15, 19, | Viglione Declaration | GRANTED |

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | 23-24, 26<br>- page 11, line 3<br>- page 14, lines 22-24<br>- page 16, lines 4-10, 21-25<br>- page 17, lines 1-10, 15-20, 25-28<br>- page 18, lines 1-4<br>- page 19, line 12<br>- page 20, lines 5-6, 15-16 | | |
| | | Meta | Blue highlighted portions on:<br>- page 16, lines 4-6, 21-25<br>- page 17, lines 15-16, 25-26 | | GRANTED |
| Dkt. No. 214-60 (Dkt. No. 215-45) | Trowbridge Decl., Ex. 1 (Capital One's confidential sample data, produced at CAPONE-SHAH-00040767) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-61 (Dkt. No. 215-46) | Trowbridge Decl., Ex. 2 (Plaintiffs' data transmissions to third party, produced at CAPONE-SHAH-00038420) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-62 (Dkt. No. 215-47) | Trowbridge Decl., Ex. 3 (Plaintiff Ingraham's data transmissions to third party, produced at CAPONE-SHAH-00040788) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-63 (Dkt. No. 215-48) | Trowbridge Decl., Ex. 4 (Capital One's confidential third-party data dictionary, produced at CAPONE-SHAH-00037987) | Capital One | Fully under seal | Viglione Declaration | GRANTED |

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| Dkt. No. 214-64 (Dkt. No. 215-49) | Declaration of Melissa Wing | Capital One | Green highlighted portions on (PDF page numbers): <br>- page 7 <br>- page 8 <br>- page 9 <br>- page 10 <br>- page 11 <br>- page 12 | Viglione Declaration | GRANTED |
| Dkt. No. 214-78 (Dkt. No. 215-50) | Exhibit N (confidential contract with third-party service provider, produced at CAPONE-SHAH-00022713) | Capital One | Green highlighted portions on (PDF page numbers): <br>-pages 2-10 <br>-pages 10-23 <br>-pages 22-77 | Viglione Declaration | GRANTED |
| Dkt. No. 214-80 (Dkt. No. 215-51) | Exhibit P (confidential contract with third-party service provider, produced at CAPONE-SHAH-00001349) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 214-82 (Dkt. No. 215-52) | Exhibit R (confidential contract with third-party service provider, produced at CAPONE-SHAH-00022800) | Capital One | Green highlighted portions on (PDF page numbers): <br>- pages 2-3 <br>- pages 3-14 <br>- pages 14-22 | Viglione Declaration | GRANTED |
| Dkt. No. 214-84 (Dkt. No. 215-53) | Exhibit T (confidential contract with third-party service provider, produced at CAPONE-SHAH-00002730) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| **Plaintiffs' Opposition to Capital One's Motion to Exclude Plaintiffs' Damages Expert Eric Krause** | | | | | |
| Dkt. No. 236 (Dkt. No. 237) | Plaintiffs' Opposition to Capital One's Motion to Exclude Plaintiffs' Damages | Capital One | Green highlighted portions on: <br>- page 2, lines 8-9 <br>- page 11, lines 17- | Viglione Declaration | GRANTED |

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | Expert Eric Krause | | 18 | | |
| **Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge** | | | | | |
| Dkt. No. 227-2 (Dkt. No. 228-2) | Exhibit 1[3] (Report of Plaintiffs' Expert Dr. Serge Egelman) | Capital One | Green highlighted portions within:<br>- ¶ 175<br>- ¶ 176<br>- ¶ 181<br>- ¶ 189<br>- ¶ 191<br>- ¶ 192<br>- ¶ 194 | Viglione Declaration | GRANTED |
| | | Plaintiffs | Orange Highlighted Portions within:<br>- ¶ 194 | | GRANTED |
| **Capital One's Opposition to Plaintiffs' Objections to Report and Recommendation** | | | | | |
| Dkt. No. 243 (Dkt. No. 245) | Capital One's Opposition to Plaintiffs' Objections to Report and Recommendation | Capital One | Green highlighted portions on:<br>- page 7, lines 21-28<br>- page 8, lines 1-7, 11-15 | Viglione Declaration | GRANTED |
| **Plaintiffs' Motion for Sanctions** | | | | | |
| Dkt. No. 201-2[4] (Dkt. No. 202-1) | Plaintiffs' Motion for Sanctions | Capital One | Green highlighted portions on:<br>- page 12, lines 9-10 | Viglione Declaration | GRANTED |
| Dkt. No. 178-13 (Dkt. No. 177-5) | Exhibit M to Plaintiffs' Motion (Excerpts from Capital One's Supplemental Response to Plaintiffs' Fifth Set of Interrogatories) | Capital One | Green highlighted portions on:<br>- page 9, lines 21, 22, 25, 27<br>- page 10, lines 5-7, 9, 13, 18, 20, 21, 26, 27<br>- page 11, 1-3, 8, 9 | Viglione Declaration | GRANTED |

---

[3] Exhibits 1 and 2 to Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge are the same documents as Exhibits 1 and 2 to Plaintiffs' Motion to Augment Record, *see supra* at p. 2.
[4] These citations are to the docket numbers of Plaintiffs' corrected sanctions motion, filed on February 18, 2026. *See* ECF Nos. 201, 202.

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| Dkt. No. 178-14 (Dkt. No. 177-6) | Exhibit N to Plaintiffs' Motion (Excerpts from the 30(b)(6) Deposition Transcript of Melissa Wing) | Capital One | Green highlighted portions on: - page 6, lines 6, 11 | Viglione Declaration | GRANTED |
| Dkt. No. 197-2[5] (Dkt. No. 197-1) | Exhibit Q to Plaintiffs' Motion (Excerpts from Capital One's Fifth Supplemental Responses to Plaintiffs' First Set of Interrogatories) | Capital One | Green highlighted portions on: - page 8, line 2 | Viglione Declaration | GRANTED |
| Dkt. No. 197-4 (Dkt. No. 197-3)[6] | Exhibit R to Plaintiffs' Motion (Excerpts from Capital One's Amended Second Supplemental Response to Plaintiffs' Fifth Set of Interrogatories) | Capital One | Green highlighted portions on: - page 9, lines 21, 22, 25, 27 - page 10, lines, 2, 5-7, 9, 13, 18, 20-22, 24 - page 11, lines 2-6, 11, 12, 16,17, 20-22 - page 12, lines 1, 4, 6, 8 | Viglione Declaration | GRANTED |
| Dkt. No. 178-19 (Dkt. No. 177-8) | Exhibit S to Plaintiffs' Motion (Excerpts from the 30(b)(6) Deposition Transcript of Danielle Ager) | Capital One | Green highlighted portions on: - page 4, lines 15, 19, 20 - page 5, lines 4, 7 - page 45, lines 12, 14, 15, 16, 22 - page 50, lines 5, 13, 15, 16, 17 - page 51, lines 17, 22 - page 58, lines 6, 7, 22 - page 88, lines 2, 4, | Viglione Declaration | GRANTED |

[5] Plaintiffs originally filed this exhibit publicly at Dkt. No. 178-17. Plaintiffs subsequently filed a corrected redacted version at Dkt. No. 197-2 and filed the full exhibit under seal at Dkt. No. 197-1.
[6] Plaintiffs originally filed this exhibit publicly at Dkt. No. 178-18. Plaintiffs subsequently filed a corrected redacted version at Dkt. No. 197-4 and filed the full exhibit under seal at Dkt. No. 197-3.

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | 6, 16<br>- page 89, lines 4-7, 11, 23, 25<br>- page 90, lines 20, 21<br>- page 91, lines 2, 6, 8, 9, 13, 20, 23, 24<br>- page 94, lines 5, 6 | | |
| Dkt. No. 178-20 (Dkt. No. 177-9) | Exhibit T to Plaintiffs' Motion (Capital One's confidential communications with government regulators) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| **Capital One's Opposition to Plaintiffs' Motion for Sanctions** | | | | | |
| Dkt. No. 193 (Dkt. No. 195)[7] | Capital One's Opposition to Plaintiffs' Motion | Capital One | Green highlighted portions on:<br>- page 11, lines 7-12 and 14-20<br>- page 12, lines 2-5, 7 | Viglione Declaration | GRANTED |
| Dkt. No. 193-1 (Dkt. No. 194-2) | Declaration of Andrew Soukup | Capital One | Green highlighted portions on:<br>- page 16, line 21 | Viglione Declaration | GRANTED |
| Dkt. No. 193-20 (Dkt. No. 194-3) | Exhibit 19 to Capital One's Opposition (Excerpts from Capital One's Response to Plaintiffs' Seventh Set of Interrogatories) | Capital One | Green highlighted portions on:<br>- page 9, lines 21, 23<br>- page 10, lines 1, 5 | Viglione Declaration | GRANTED |
| Dkt. No. 193-26 (Dkt. No. 194-4) | Exhibit 25 to Capital One's Opposition (Excerpts from the Deposition Transcript of Danielle Ager (in her individual capacity)) | Capital One | Green highlighted portions on:<br>- page 16, lines 13-17, 20, 22, 23, 25 | Viglione Declaration | GRANTED |

---

[7] Defendant initially filed their response under seal at Dkt. No. 194-1.  Defendant subsequently filed a corrected response under seal, which fixed typographical errors, at Dkt. No. 195.

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| Dkt. No. 193-28 (Dkt. No. 194-6) | Exhibit 27 to Capital One's Opposition (Sample of data transmission, produced at CAPONE-SHAH-00040798) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 193-29 (Dkt. No. 194-7) | Exhibit 28 to Capital One's Opposition (Samples of data transmission, produced at CAPONE-SHAH-00040800) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 193-30 (Dkt. No. 194-8) | Exhibit 29 to Capital One's Opposition (Excerpts from Capital One's Fifth Supplemental Response to Plaintiffs' First Set of Interrogatories) | Capital One | Green highlighted portions on: - page 8, line 2 | Viglione Declaration | GRANTED |
| Dkt. No. 193-31 (Dkt. No. 194-9) | Exhibit 30 to Capital One's Opposition (Excerpts from Capital One's Second Supplemental Response to Plaintiffs' Fifth Set of Interrogatories) | Capital One | Green highlighted portions on: - page 9, lines 21, 22, 25, 27 - page 10, lines 2, 5-7, 9, 13, 18, 20-22, 24 - page 11, lines 2-6, 11, 12, 16, 17, 20-22 - page 12, lines 1, 4, 6, 8 | Viglione Declaration | GRANTED |
| Dkt. No. 193-32 (Dkt. No. 194-10) | Exhibit 31 to Capital One's Opposition (Excerpts from Capital One's Amended Second Supplemental Response to Plaintiffs' Fifth Set of Interrogatories) | Capital One | Green highlighted portions on: - page 9, lines 21, 22, 25, 27 - page 10, lines 2, 5-7, 9, 13, 18, 20-22, 24 - page 11, lines 2-6, 11, 12, 16, 17, 20-22 | Viglione Declaration | GRANTED |

United States District Court
Northern District of California

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | | | - page 12, lines 1, 4, 6, 8 | | |
| Dkt. No. 193-33 (Dkt. No. 194-11) | Exhibit 32 to Capital One's Opposition (Excerpts from the 30(b)(6) Deposition Transcript of Danielle Ager) | Capital One | Green highlighted portions on: - page 77, lines 2, 4-8, 10, 12, 13-15, 18-20, 22, 25 | Viglione Declaration | GRANTED |
| Dkt. No. 193-34 (Dkt. No. 194-12) | Exhibit 33 to Capital One's Opposition (December 17, 2025, email chain) | Capital One | Green highlighted portions on: - page 2 | Viglione Declaration | GRANTED |
| Dkt. No. 193-38 (Dkt. No. 194-15) | Exhibit 37 to Capital One's Opposition (Excerpts from the Deposition Transcript of Dr. Serge Egelman) | Capital One | Green highlighted portions on: - page 257, lines 3, 4, 11, 12, 18 - page 258, lines 16, 24 | Viglione Declaration | GRANTED |
| Dkt. No. 193-39 (Dkt. No. 194-16) | Exhibit 38 to Capital One's Opposition (January 13 letter) | Capital One | Green highlighted portions on: - page 2 | Viglione Declaration | GRANTED |
| **Plaintiffs' Reply in Further Support of Motion for Sanctions** | | | | | |
| Dkt. No. 198-7 (Dkt. No. 199-5) | Exhibit AA to Plaintiffs' Reply (Excerpts from the 30(b)(6) Deposition Transcript of Danielle Ager) | Capital One | Green highlighted portions on: - page 4, lines 15, 19, 20 - page 34, lines 4-7, 16, 21-24 - page 35, lines 2-7 - page 77, lines 2, 4-8, 10, 12-15, 18-20, 22, 25 | Viglione Declaration | GRANTED |
| Dkt. No. 198-9 (Dkt. No. 199-7) | Exhibit CC to Plaintiffs' Reply (Internal Capital One proposal for approval of use of new third-party technology) | Capital One | Fully under seal | Viglione Declaration | GRANTED |
| Dkt. No. 198-11 (Dkt. No. 199-9) | Exhibit EE to Plaintiffs' Reply (Email chain between Plaintiffs' counsel and counsel for | Capital One | Green highlighted portions on page - page 5, paragraph 2 - page 9, paragraph | Viglione Declaration | GRANTED |

| Docket No./Public (Sealed) | Document | Party Seeking Sealing | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| | Google) | | 6<br>- page 10, all<br>- page 11, all<br>- page 16, paragraphs 2, 3 | | |

IT IS SO ORDERED.

Dated: May 13, 2026

_____
TRINA L. THOMPSON
United States District Judge