UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEIA WILLIAMS,

Plaintiff - Petitioner,

v.

CAPITAL ONE FINANCIAL CORPORATION,

Defendant - Respondent.

No. 26-4182

D.C. No.
3:24-cv-05985-TLT
Northern District of California,
San Francisco

ORDER

Before: BERZON and FORREST, Circuit Judges.

The motion (Docket Entry No. 9) for leave to file a reply in support of the petition for permission to appeal is granted.

The motion (Docket Entry No. 6) for leave to file an amicus brief in support of the petition for permission to appeal is granted.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).