United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIA WILLIAMS, et al.,<br>Plaintiffs,<br>v.<br>CAPITAL ONE FINANCIAL CORPORATION,<br>Defendant. | Case No. 24-cv-05985-TLT<br><br>**ORDER GRANTING-IN-PART JOINT STIPULATION TO STAY PROCEEDINGS PENDING NINTH CIRCUIT APPEAL**<br><br>Re: Dkt. No. 325 |

The Court is in receipt of the parties' Joint Stipulation and [Proposed] Order to Stay Proceedings Pending Ninth Circuit Appeal ("Stipulation"). ECF 325. The Court finds good cause to **GRANT** the Stipulation **IN PART** as follows:

1. This action shall be **STAYED** until **December 3, 2026**.

2. The **September 18, 2026** dispositive motion deadline and **November 17, 2026** dispositive motion hearing date are hereby **VACATED**.

3. All other dates are hereby **MAINTAINED**.

4. At the next case management conference, scheduled for **December 3, 2026**, the Court will determine the appropriate length of the stay and any proposed modifications to the case schedule. The parties should address any proposed schedule modifications in their joint case management statement, which is due on the revised date of **November 23, 2026**.

5. During the pendency of this stay, the parties must file a joint status report every thirty (30) days, beginning on **September 24, 2026**.

In each status report, the parties must address the progress of the Ninth Circuit appeal and the state court case, *Ingraham v. Capital One Fin. Corp.*, No. 26CV200303 (Cal. Super.

Ct., Alameda Cnty. filed July 20, 2026).

This order resolves ECF 325.

IT IS SO ORDERED.

Dated: August 31, 2026

TRINA L. THOMPSON
United States District Judge

Related Cases:
9th Circuit Court of Appeals, 26-04182
9th Circuit Court of Appeals, 26-05547
Alameda County Docket No 26CV200303

8/26/28

United States District Court
Northern District of California