Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7065
mverdin@cov.com

*Attorneys for Defendant Capital One Financial Corporation*

[Additional counsel listed on signature page]

Lynn A. Toops (*pro hac vice*)
Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
Lisa M. La Fornara (*pro hac vice*)
Emily D Herrin (*pro hac vice*)
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
vmiller@cohenmalad.com
llafornara@cohenmalad.com
eherrin@cohenmalad.com

*Attorneys for Plaintiff and the Proposed Class*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEIA WILLIAMS, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING,<br><br>Defendant. | Case No. 3:24-cv-05985-TLT-SK<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Trina L. Thompson |

Pursuant to this Court's Order (ECF No. 326), ordering the parties to submit a joint status report every thirty (30) days, the parties hereby advise the Court that the appeal remains pending before the U.S. Court of Appeals for the Ninth Circuit (Case No. 26-5547). Absent extension, Plaintiff-Appellant's Opening Brief is due on November 5, 2026; Defendant-Appellee's Answering Brief is due on December 7, 2026; and Plaintiff-Appellant's Reply is due 21 days after service of the Answering Brief. The case has not yet been set for oral argument.

Separately, in the state court matter, *Ingraham v. Cap. One Fin. Corp.*, No. 26CV200303 (Cal. Super. Ct., Alameda Cnty.), the parties stipulated to a stay pending the resolution of the Ninth Circuit appeal, which the Superior Court of California, County of Alameda granted in full on August 28, 2026. Therefore, the state court case remains stayed.

Dated: October 23, 2026

Respectfully submitted by,

*/s/ Lesley E. Weaver*
J. Gerard Stranch, IV (*pro hac vice*)
Kyle M. Mallinak (*pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com
kmallinak@stranchlaw.com

Lesley E. Weaver, No. 191305
Anne K. Davis, No. 267909
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, California 94607
(341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com

Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
Lynn A. Toops (*pro hac vice*)
Lisa M. La Fornara (*pro hac vice*)
Emily D. Herrin (*pro hac vice*)
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
nlyons@cohenmalad.com
vmiller@cohenmalad.com

*/s/ Kathryn E. Cahoy*
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4735
Email: kcahoy@cov.com

Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7065
Email: mverdin@cov.com

Andrew Soukup (*pro hac vice*)
Nicholas Evoy (*pro hac vice*)
Marianne Spencer (*pro hac vice*)
Jeffrey Huberman (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

ltoops@cohenmalad.com
llafornara@cohenmalad.com
eherrin@cohenmalad.com

Brittany N. Resch (*pro hac vice*)
Andrew Gerald Gunem (*pro hac vice*)
**STRAUSS BORRELLI, PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com
bresch@straussborrelli.com
agunem@straussborrelli.com

*Counsel for Plaintiff and the Proposed Classes*

(202) 662-5066
asoukup@cov.com
nevoy@cov.com
mspencer@cov.com
jhuberman@cov.com

*Counsel for Defendant Capital One Financial Corporation*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Lesley E. Weaver, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: October 23, 2026

By: */s/ Lesley E. Weaver*
Lesley E. Weaver